**EXHIBIT A**

# NOTICE OF RIGHT TO CANCEL

DATE 09/28/05
LOAN NO. 6574813-7892
TYPE ADJUSTABLE RATE

LENDER: LONG BEACH MORTGAGE COMPANY

BORROWERS/OWNERS JULIA M WATKINS

ADDRESS  2802 N 56TH ST
CITY/STATE/ZIP  MILWAUKEE, WI 53210
PROPERTY  2802-2804 N 56TH ST
MILWAUKEE, WI 53210

You are entering into a transaction that will result in a mortgage/lien/security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1) The date of the transaction, which is _____ ; or
    DATE
(2) The date you received your Truth in Lending disclosures; or
(3) The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
LONG BEACH MORTGAGE COMPANY
ONE PIERCE PLACE, STE 700
ITASCA, IL 60143

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of _____ DATE
(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____        _____
SIGNATURE                                      DATE

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_Julia M. Watkins_   9/28/05         _____
BORROWER/OWNER     DATE              BORROWER/OWNER                    DATE
JULIA M WATKINS

_Kenneth J. Mason_   9/28/05         _____
BORROWER/OWNER     DATE              BORROWER/OWNER                    DATE
KENNETH J MASON

VMP -64 (9712).01         VMP MORTGAGE FORMS - (800)521-7291              12/97
1064VMP (04/03/01) PC

# NOTICE OF RIGHT TO CANCEL

DATE 09/28/05
LOAN NO. 6574813-7892
TYPE ADJUSTABLE RATE

LENDER: LONG BEACH MORTGAGE COMPANY

BORROWERS/OWNERS JULIA M WATKINS

ADDRESS        2802 N 56TH ST
CITY/STATE/ZIP MILWAUKEE, WI 53210
PROPERTY       2802-2804 N 56TH ST
               MILWAUKEE, WI 53210

You are entering into a transaction that will result in a mortgage/lien/security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1) The date of the transaction, which is _____ ; or
(2) The date you received your Truth in Lending disclosures; or
(3) The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

## HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
LONG BEACH MORTGAGE COMPANY
ONE PIERCE PLACE, STE 700
ITASCA, IL 60143

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of _____ (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____     _____
SIGNATURE                                              DATE

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_Julia M. Watkins_   9/28/05
BORROWER/OWNER       DATE          BORROWER/OWNER       DATE
JULIA M WATKINS

_Kenneth J. Mason_   9/28/05
BORROWER/OWNER       DATE          BORROWER/OWNER       DATE
KENNETH J MASON

VMP -64 (9712).01                VMP MORTGAGE FORMS - (800)521-7291                12/97
1064VMP (04/03/01) PC

## NOTICE OF RIGHT TO CANCEL

DATE 09/28/05
LOAN NO. 6574813-7892
TYPE ADJUSTABLE RATE

LENDER: LONG BEACH MORTGAGE COMPANY

BORROWERS/OWNERS JULIA M WATKINS

ADDRESS 2802 N 56TH ST
CITY/STATE/ZIP MILWAUKEE, WI 53210
PROPERTY 2802-2804 N 56TH ST
MILWAUKEE, WI 53210

You are entering into a transaction that will result in a mortgage/lien/security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1) The date of the transaction, which is _____ ; or
(2) The date you received your Truth in Lending disclosures; or
(3) The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
LONG BEACH MORTGAGE COMPANY
ONE PIERCE PLACE, STE 700
ITASCA, IL 60143

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of _____
(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____            _____
SIGNATURE                                   DATE

---

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_____            _____
BORROWER/OWNER              DATE            BORROWER/OWNER              DATE
JULIA M WATKINS

_____            _____
BORROWER/OWNER              DATE            BORROWER/OWNER              DATE
KENNETH J MASON

-64 (9712).01
1064VMP (04/03/01) PC                VMP MORTGAGE FORMS - (800)521-7291                       12/97

## NOTICE OF RIGHT TO CANCEL

LENDER: LONG BEACH MORTGAGE COMPANY

DATE    09/28/05
LOAN NO.  6574813-7892
TYPE    ADJUSTABLE RATE

BORROWERS/OWNERS JULIA M WATKINS

ADDRESS         2802 N 56TH ST
CITY/STATE/ZIP  MILWAUKEE, WI 53210
PROPERTY        2802-2804 N 56TH ST
                MILWAUKEE, WI  53210

You are entering into a transaction that will result in a mortgage/lien/security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1) The date of the transaction, which is _____ ; or
(2) The date you received your Truth in Lending disclosures; or
(3) The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
LONG BEACH MORTGAGE COMPANY
ONE PIERCE PLACE, STE 700
ITASCA, IL 60143

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of _____ (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____   _____
SIGNATURE                                  DATE

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

BORROWER/OWNER                              DATE    BORROWER/OWNER                              DATE
JULIA M WATKINS

BORROWER/OWNER                              DATE    BORROWER/OWNER                              DATE
KENNETH J MASON

-64 (9712).01                    VMP MORTGAGE FORMS - (800)521-7291
1064VMP (04/03/01) PC                                                                            12/97

## NOTICE OF RIGHT TO CANCEL

LENDER: LONG BEACH MORTGAGE COMPANY

DATE 09/28/05
LOAN NO. 6574813-7892
TYPE ADJUSTABLE RATE

BORROWERS/OWNERS JULIA M WATKINS

ADDRESS         2802 N 56TH ST
CITY/STATE/ZIP  MILWAUKEE, WI 53210
PROPERTY        2802-2804 N 56TH ST
                MILWAUKEE, WI 53210

You are entering into a transaction that will result in a mortgage/lien/security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1) The date of the transaction, which is _____ ; or
(2) The date you received your Truth in Lending disclosures; or
(3) The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
LONG BEACH MORTGAGE COMPANY
ONE PIERCE PLACE, STE 700
ITASCA, IL 60143

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of _____ (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

SIGNATURE _____   DATE _____

---

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

BORROWER/OWNER
JULIA M WATKINS _____   DATE _____   BORROWER/OWNER _____   DATE _____

BORROWER/OWNER
KENNETH J MASON _____   DATE _____   BORROWER/OWNER _____   DATE _____

-64 (9712).01
1064VMP (04/03/01) PC

VMP MORTGAGE FORMS - (800)521-7291

12/97

## NOTICE OF RIGHT TO CANCEL

DATE  09/28/05
LOAN NO.  6574813-7892
TYPE  ADJUSTABLE RATE

LENDER: LONG BEACH MORTGAGE COMPANY

BORROWERS/OWNERS JULIA M WATKINS

ADDRESS          2802 N 56TH ST
CITY/STATE/ZIP   MILWAUKEE, WI 53210
PROPERTY         2802-2804 N 56TH ST
                 MILWAUKEE, WI  53210

You are entering into a transaction that will result in a mortgage/lien/security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

  (1)  The date of the transaction, which is _____ ; or
                                                     DATE
  (2)  The date you received your Truth in Lending disclosures; or
                                                          DATE
  (3)  The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

---

**HOW TO CANCEL**

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
  LONG BEACH MORTGAGE COMPANY
  ONE PIERCE PLACE, STE 700
  ITASCA, IL 60143

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of _____
                                                                                                    DATE
(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____          _____
SIGNATURE                                          DATE

---

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

BORROWER/OWNER                          DATE      BORROWER/OWNER                          DATE
JULIA M WATKINS

BORROWER/OWNER                          DATE      BORROWER/OWNER                          DATE
KENNETH J MASON

VMP®-64 (9712).01
1064VMP (04/03/01) PC            VMP MORTGAGE FORMS - (800)521-7291                    12/97

**EXHIBIT B**

Loan No. 6574813-7892

# 1-4 FAMILY RIDER
## Assignment of Rents

THIS 1-4 FAMILY RIDER is made this 28th day of September, 2005, and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust or Security Deed (the ``Security Instrument'') of the same date given by the undersigned (the ``Borrower'') to secure Borrower's Note to

LONG BEACH MORTGAGE COMPANY
1400 S. DOUGLASS RD., SUITE 100
ANAHEIM, CA 92806

(the ``Lender'')
of the same date and covering the Property described in the Security Instrument and located at:

2802-2804 N 56TH ST
MILWAUKEE, WI  53210

[Property Address]

**1-4 FAMILY COVENANTS.** In addition to the covenants and agreements made in the Security Instrument, Borrower and Lender further covenant and agree as follows:

**A. ADDITIONAL PROPERTY SUBJECT TO THE SECURITY INSTRUMENT.** In addition to the Property described in the Security Instrument, the following items are added to the Property description, and shall also constitute the Property covered by the Security Instrument: building materials, appliances and goods of every nature whatsoever now or hereafter located in, on, or used, or intended to be used in connection with the Property, including, but not limited to, those for the purposes of supplying or distributing heating, cooling, electricity, gas, water, air and light, fire prevention and extinguishing apparatus, security and access control apparatus, plumbing, bath tubs, water heaters, water closets, sinks, ranges, stoves, refrigerators, dishwashers, disposals, washers, dryers, awnings, storm windows, storm doors, screens, blinds, shades, curtains and curtain rods, attached mirrors, cabinets, panelling and attached floor coverings now or hereafter attached to the Property, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the Property covered by the Security Instrument. All of the foregoing together with the Property described in the Security Instrument (or the leasehold estate if the Security Instrument is on a leasehold) are referred to in this 1-4 Family Rider and the Security Instrument as the ``Property.''

**B. USE OF PROPERTY; COMPLIANCE WITH LAW.** Borrower shall not seek, agree to or make a change in the use of the Property or its zoning classification, unless Lender has agreed in writing to the change. Borrower shall comply with all laws, ordinances, regulations and requirements of any governmental body applicable to the Property.

**C. SUBORDINATE LIENS.** Except as permitted by federal law, Borrower shall not allow any lien inferior to the Security Instrument to be perfected against the Property without Lender's prior written permission.

**D. RENT LOSS INSURANCE.** Borrower shall maintain insurance against rent loss in addition to the other hazards for which insurance is required by Uniform Covenant 5.

**E. ``BORROWER'S RIGHT TO REINSTATE'' DELETED.** Uniform Covenant 18 is deleted.

**F. BORROWER'S OCCUPANCY.** Unless Lender and Borrower otherwise agree in writing, the first sentence in Uniform Covenant 6 concerning Borrower's occupancy of the Property is deleted. All remaining covenants and agreements set forth in Uniform Covenant 6 shall remain in effect.

MULTISTATE 1 - 4 FAMILY RIDER - Fannie Mae/Freddie Mac Uniform Instrument        Form 3170 3/93
Page 1 of 2
-57 (9304).01        VMP MORTGAGE FORMS - (800)521-7291        Initials: _____
1057-1 (05/24/99) PC



Loan No. 6574813-7892

G. **ASSIGNMENT OF LEASES.** Upon Lender's request after default, Borrower shall assign to Lender all leases of the Property and all security deposits made in connection with leases of the Property. Upon the assignment, Lender shall have the right to modify, extend or terminate the existing leases and to execute new leases, in Lender's sole discretion. As used in this paragraph G, the word "lease" shall mean "sublease" if the Security Instrument is on a leasehold.

H. **ASSIGNMENT OF RENTS; APPOINTMENT OF RECEIVER; LENDER IN POSSESSION.** Borrower absolutely and unconditionally assigns and transfers to Lender all the rents and revenues ("Rents") of the Property, regardless of to whom the Rents of the Property are payable. Borrower authorizes Lender or Lender's agents to collect the Rents, and agrees that each tenant of the Property shall pay the Rents to Lender or Lender's agents. However, Borrower shall receive the Rents until (i) Lender has given Borrower notice of default pursuant to paragraph 21 of the Security Instrument and (ii) Lender has given notice to the tenant(s) that the Rents are to be paid to Lender or Lender's agent. This assignment of Rents constitutes an absolute assignment and not an assignment for additional security only.

If Lender gives notice of breach to Borrower: (i) all Rents received by Borrower shall be held by Borrower as trustee for the benefit of Lender only, to be applied to the sums secured by the Security Instrument; (ii) Lender shall be entitled to collect and receive all of the Rents of the Property; (iii) Borrower agrees that each tenant of the Property shall pay all Rents due and unpaid to Lender or Lender's agents upon Lender's written demand to the tenant; (iv) unless applicable law provides otherwise, all Rents collected by Lender or Lender's agents shall be applied first to the costs of taking control of and managing the Property and collecting the Rents, including, but not limited to, attorneys' fees, receiver's fees, premiums on receiver's bonds, repair and maintenance costs, insurance premiums, taxes, assessments and other charges on the Property, and then to the sums secured by the Security Instrument; (v) Lender, Lender's agents or any judicially appointed receiver shall be liable to account for only those Rents actually received; and (vi) Lender shall be entitled to have a receiver appointed to take possession of and manage the Property and collect the Rents and profits derived from the Property without any showing as to the inadequacy of the Property as security.

If the Rents of the Property are not sufficient to cover the costs of taking control of and managing the Property and of collecting the Rents any funds expended by Lender for such purposes shall become indebtedness of Borrower to Lender secured by the Security Instrument pursuant to Uniform Covenant 7.

Borrower represents and warrants that Borrower has not executed any prior assignment of the Rents and has not and will not perform any act that would prevent Lender from exercising its rights under this paragraph.

Lender, or Lender's agents or a judicially appointed receiver, shall not be required to enter upon, take control of or maintain the Property before or after giving notice of default to Borrower. However, Lender, or Lender's agents or a judicially appointed receiver, may do so at any time when a default occurs. Any application of Rents shall not cure or waive any default or invalidate any other right or remedy of Lender. This assignment of Rents of the Property shall terminate when all the sums secured by the Security Instrument are paid in full.

I. **CROSS-DEFAULT PROVISION.** Borrower's default or breach under any note or agreement in which Lender has an interest shall be a breach under the Security Instrument and Lender may invoke any of the remedies permitted by the Security Instrument.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and provisions contained in this 1-4 Family Rider.

_____ (Seal)          _____ (Seal)
**JULIA M WATKINS**      -Borrower                          -Borrower

_____ (Seal)          _____ (Seal)
**KENNETH J MASON**    -Borrower                          -Borrower

## NOTICE OF RIGHT TO CANCEL

DATE 09/28/05
LOAN NO. 6574813-7892
TYPE ADJUSTABLE RATE

LENDER: LONG BEACH MORTGAGE COMPANY

BORROWERS/OWNERS JULIA M WATKINS

ADDRESS        2802 N 56TH ST
CITY/STATE/ZIP  MILWAUKEE, WI 53210
PROPERTY       2802-2804 N 56TH ST
               MILWAUKEE, WI 53210

You are entering into a transaction that will result in a mortgage/lien/security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1) The date of the transaction, which is _____ ; or
(2) The date you received your Truth in Lending disclosures; or
(3) The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
LONG BEACH MORTGAGE COMPANY
ONE PIERCE PLACE, STE 700
ITASCA, IL 60143

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of _____ (or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____     _____
SIGNATURE                                      DATE

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

BORROWER/OWNER                                 DATE   BORROWER/OWNER                          DATE
JULIA M WATKINS

BORROWER/OWNER                                 DATE   BORROWER/OWNER                          DATE
KENNETH J MASON

VMP -64 (9712).01
1064VMP (04/03/01) PC

VMP MORTGAGE FORMS - (800)521-7291

12/97

**EXHIBIT C**

Case 1:07-cv-06545   Document 1-2   Filed 03/21/2007   Page 12 of 13

# TRUTH-IN-LENDING DISCLOSURE STATEMENT
(THIS IS NEITHER A CONTRACT NOR A COMMITMENT TO LEND)

| | | | |
|---|---|---|---|
| Applicants: | Julia Maria Watkins<br>Kenneth Mason | Prepared By: | Lakeside Finance Corporation<br>219 N Milwaukee St 2nd Floor |
| Property Address: | 2802 N. 56th<br>Milwaukee, WI 53210 | | Milwaukee, WI 53202<br>414-224-9211 |
| Application No: | Mason, Kenneth | Date Prepared: | 06/16/2005 |

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | AMOUNT FINANCED | TOTAL OF PAYMENTS |
|---|---|---|---|
| The cost of your credit as a yearly rate | The dollar amount the credit will cost you | The amount of credit provided to you or on your behalf | The amount you will have paid after making all payments as scheduled |
| * 8.342 % | $ * 257,727.75 | $ * 148,348.36 | $ * 406,076.11 |

☐ REQUIRED DEPOSIT: The annual percentage rate does not take into account your required deposit
PAYMENTS: Your payment schedule will be:

| Number of Payments | Amount of Payments ** | When Payments Are Due | Number of Payments | Amount of Payments ** | When Payments Are Due | Number of Payments | Amount of Payments ** | When Payments Are Due |
|---|---|---|---|---|---|---|---|---|
| | | Monthly Beginning: | | | Monthly Beginning: | | | Monthly Beginning: |
| 359 | 1,128.00 | 09/01/2005 | | | | | | |
| 1 | 1,124.11 | 08/01/2035 | | | | | | |

☐ DEMAND FEATURE: This obligation has a demand feature.
☑ VARIABLE RATE FEATURE: This loan contains a variable rate feature. A variable rate disclosure has been provided earlier.
 2/28 ARM

CREDIT LIFE/CREDIT DISABILITY: Credit life insurance and credit disability insurance are not required to obtain credit, and will not be provided unless you sign and agree to pay the additional cost.

| Type | Premium | Signature | |
|---|---|---|---|
| Credit Life | | I want credit life insurance. | Signature: |
| Credit Disability | | I want credit disability insurance. | Signature: |
| Credit Life and Disability | | I want credit life and disability insurance. | Signature: |

INSURANCE: The following insurance is required to obtain credit:  COST ?
☐ Credit life insurance  ☐ Credit disability  ☐ Property insurance  ☐ Flood insurance
You may obtain the insurance from anyone you want that is acceptable to creditor
☐ If you purchase  ☐ property  ☐ flood insurance from creditor you will pay $       for a one year term.
SECURITY: You are giving a security interest in: 2802 N. 56th, Milwaukee WI 53210
☐ The goods or property being purchased  ☑ Real property you already own.
FILING FEES: $   50.00
LATE CHARGE: If a payment is more than  15 days late, you will be charged  5.000 % of the payment
PREPAYMENT: If you pay off early, you
 ☐ may    ☑ will not  have to pay a penalty.
 ☐ may    ☑ will not  be entitled to a refund of part of the finance charge.
ASSUMPTION: Someone buying your property
 ☐ may    ☐ may, subject to conditions    ☑ may not  assume the remainder of your loan on the original terms.
See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties
☑ * means an estimate    ☑ all dates and numerical disclosures except the late payment disclosures are estimates.
 * * NOTE: The Payments shown above include reserve deposits for Mortgage Insurance (if applicable), but exclude Property Taxes and Insurance.

THE UNDERSIGNED ACKNOWLEDGES RECEIVING A COMPLETED COPY OF THIS DISCLOSURE.

_Julia Ma. Watkins_                8/30/05            _Kenneth J. Mason_            08/30/05
Julia Maria Watkins    (Applicant)    (Date)         Kenneth Mason    /(Applicant)    (Date)

_____        _____
            (Applicant)    (Date)                                 (Applicant)    (Date)

_____
            (Lender)    (Date)

Calyx Form - til.hp (02/95)