**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

# PDF DOCUMENT REQUIREMENT

March 29, 2007

To:  Daniel A Edelman
Thomas E Soule
Edelman Combs Latturner & Goodwin LLC
120 S LaSalle St - 18th Fl
Chicago, IL 60603

**Mason, et al. v. Long Beach Mortgage Co., et al.**, Case No. **07-cv-272** assigned to **Charles N. Clevert** has been designated for electronic filing. The official court record is the electronic file maintained by the Court's servers. Documents must be submitted in Portable Document Format (PDF) and must be filed electronically using the Court's internet-based Electronic Case Files (ECF) system. Registered users may file documents directly into ECF. If circumstances compel you to file prior to becoming a registered user, all documents submitted to the Clerk's Office in paper form must be accompanied by a copy of the document in PDF on a diskette or CD. The **Complaint** filed in this case on **3/21/07** did not include a diskette or CD. Within 48 hours, you must submit a diskette or CD of the PDF file to the Clerk's Office, or e-mail it to **wied_clerks_milw@wied.uscourts.gov**. Do NOT try and refile this electronically.

A pleading or other document requiring an attorney's signature must be signed in the following manner, whether filed electronically **or submitted on disk** to the Clerk's Office:

        **s/ J. D. Attorney**
        J.D. Attorney Bar Number: 12345
        Attorney for (Plaintiff/Defendant)
        ABC Law Firm
        123 South Street
        Milwaukee, WI 53202
        Telephone: (414) 123-4567
        Fax: (414)123-4567
        E-mail: jdattorney@lawfirm.com

**ONLY DOCUMENTS SIGNED IN THIS FASHION WILL BE ACCEPTED FOR FILING**

Please see the Court's web site at wied.uscourts.gov for more information on electronic case filing and user registration.

Jon W. Sanfilippo
Clerk of Court