**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO                                                                    TEL: 414-297-3372
CLERK                                                                                         FAX: 414-297-3203
                                                                                         www.wied.uscourts.gov

April 3, 2007                              **SECOND NOTICE**

Daniel A Edelman
Thomas E Soule
Edelman Combs Latturner & Goodwin LLC
120 S LaSalle St - 18th Fl
Chicago, IL 60603


Re:   Mason, et al. v. Long Beach Mortgage Company, et al.  Case No.  07-cv-272

Dear Counsel:

On 3/21/07, the Clerk's Office received for filing your Complaint which was assigned Case No. 07-cv-272.

Pursuant to Section II.A.2.a. of the Civil Policies and Procedures Manual, "The filing of all initial papers in civil cases, such as the complaint and the issuance of the summons, will be accomplished in the traditional manner on paper rather than electronically.  A disk/CD containing all of the initiating documents in PDF format may be submitted simultaneously.  If the case is assigned to the ECF system, and a disk/CD was not submitted at the time of filing, **one must be submitted within 48 hours.**"  The document may also be submitted via e-mail to wied_clerks_milw@wied.uscourts.gov.

The failure to provide the document in PDF format generated a PDF Document Requirement notice, which was sent to you on 3/29/07.  Since that time, we have not received the PDF document from you.

This is your second and final notice to provide us with the PDF document.  If one is not submitted within 48 hours of receipt of this notice, we will notify the presiding judge of your failure to comply for their subsequent action.

                                                                Very truly yours,
                                                                JON W. SANFILIPPO
                                                                Clerk of Court


                                                                by:  s/ Katina Hubacz
                                                                Deputy Clerk