AO 440 (Rev. 8/01) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF WISCONSIN

Kenneth Mason and Julia Watkins

V.

**SUMMONS IN A CIVIL CASE**

Long Beach Mortgage Company and Deutsche Bank National Trust Company

CASE NUMBER: 07-C-0272

TO:    (Name and Address Defendant)

Long Beach Mortgage Company
c/o Illinois Corporation Service Co., registered agent
801 Adlai Stevenson Drive, Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (Name and Address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must filed with the Clerk of this Court within a reasonable period of time after service.

MAR 2 1 2007

JON W. SANFILIPPO
CLERK

_E. _____

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  *April 10, 2007* |
| NAME OF SERVER  *Robert Bartel* | TITLE  *Private Detective/Process Serv*  *115-001133* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted: _____

_____

☑ Other (specify): *MARCIA MONTgomERY Clerk*
*4 PM.*

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  *75.00* |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  *April 10, 2007*
            *Date*

*Robert Bartel*  *115-001133*
Signature of Server

*PO Box 1123, SF W, IL*
Address of Server *62791*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.