**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

KENNETH MASON and JULIA WATKINS,

        Plaintiffs,

vs.

LONG BEACH MORTGAGE COMPANY and
DEUTSCHE BANK NATIONAL TRUST
COMPANY,

        Defendants.

Civil Action No. 07-C-0272 CNC

---

**ORDER GRANTING LONG BEACH MORTGAGE COMPANY'S**
**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER**

---

Pursuant to the motion of defendant, Washington Mutual Bank, formerly known as Long Beach Mortgage Company ("Long Beach"), it is HEREBY ORDERED THAT the time for Long Beach to respond to the complaint is extended, and Long Beach shall respond to the complaint on or before June 4, 2007.

Dated: _____

BY THE COURT:

_____
Honorable Charles N. Clevert, Jr.
United States District Court Judge

WHD\5180762.1