## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

KENNETH MASON and JULIA WATKINS,

        Plaintiffs,

vs.

LONG BEACH MORTGAGE COMPANY and
DEUTSCHE BANK NATIONAL TRUST
COMPANY,

        Defendants.

Civil Action No. 07-C-0272 CNC

## CERTIFICATE OF INTEREST

Pursuant to General L.R. 83.9, the undersigned, as counsel for defendant Long Beach Mortgage Company, submit the following information as the Certificate of Interest on behalf of defendant Long Beach Mortgage Company:

(1)    Long Beach Mortgage Company.

(2)    Long Beach Mortgage Company is an operating division of Washington Mutual Bank.  No publicly traded corporation owns 10% or more of the stock of Washington Mutual Bank.

(3)    Howrey LLP and Whyte Hirschboeck Dudek S.C.

WHD\5180602.1

DATED: May 4, 2007.

                                        s/Lisa M. Arent
                                  Nathan A. Fishbach
Kenneth R. Nowakowski
Lisa M. Arent
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202
Telephone: 414-273-2100
Fax: 414-223-5000
Email: nfishbach@whdlaw.com
           knowakowski@whdlaw.com
           larent@whdlaw.com

CO-COUNSEL:

Scott T. Schutte
HOWREY LLP
321 N. Clark
Suite 3400
Chicago, IL 60610
Telephone: 312-846-5641
Fax: 312-264-0368
Email: schuttes@howrey.com

Attorneys for Defendant Washington Mutual Bank, f/k/a Long Beach Mortgage Company