UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KENNETH MASON and JULIA WATKINS,

        Plaintiffs,

vs.

LONG BEACH MORTGAGE COMPANY and
DEUTSCHE BANK NATIONAL TRUST
COMPANY,

        Defendants.

Civil Action No. 07-C-0272 CNC

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that the undersigned, and the law firm of Whyte Hirschboeck Dudek S.C., 555 East Wells Street, Suite 1900, Milwaukee, Wisconsin 53202, appear as attorneys of record in this case on behalf of defendant Washington Mutual Bank, f/k/a Long Beach Mortgage Company.

DATED:    May 4, 2007.

WHD\5180765.1

|  |  |
|---|---|
|  | s/Lisa M. Arent |
|  | Nathan A. Fishbach |
|  | Kenneth R. Nowakowski |
|  | Lisa M. Arent |
|  | WHYTE HIRSCHBOECK DUDEK S.C. |
|  | 555 East Wells Street |
|  | Suite 1900 |
|  | Milwaukee, WI 53202 |
|  | Telephone:  414-273-2100 |
|  | Fax:  414-223-5000 |
|  | Email: nfishbach@whdlaw.com |
|  |        knowakowski@whdlaw.com |
|  |        larent@whdlaw.com |
| CO-COUNSEL: |  |
|  | Attorneys for Defendant Washington Mutual Bank, f/k/a Long Beach Mortgage Company |
| Scott T. Schutte |  |
| HOWREY LLP |  |
| 321 N. Clark |  |
| Suite 3400 |  |
| Chicago, IL 60610 |  |
| Telephone:  312-846-5641 |  |
| Fax:  312-264-0368 |  |
| Email: schuttes@howrey.com |  |