**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

KENNETH MASON and JULIA WATKINS,

      Plaintiffs,

vs.

LONG BEACH MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY,

      Defendants.

Civil Action No. 07-C-0272 CNC

---

### DECLARATION OF LISA M. ARENT

---

LISA M. ARENT declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

1. I am an attorney employed by the law firm of Whyte Hirschboeck Dudek S.C., 555 E. Wells Street, in Milwaukee, Wisconsin. I am licensed to practice in the federal and state courts of Wisconsin. I am one of the attorneys representing defendant, Washington Mutual Bank, formerly known as Long Beach Mortgage Company ("Long Beach"), in this case.

2. Attached hereto is a true and correct copy of a letter dated May 4, 2007 confirming that plaintiffs do not oppose the request by Long Beach for an extension of time until June 4, 2007 to answer the complaint in this case. Plaintiffs' counsel signed the attached letter to confirm that plaintiffs do not oppose the requested extension of time.

Executed at Milwaukee, Wisconsin, this 4th day of May, 2007.

                                                s/ Lisa M. Arent
                                                LISA M. ARENT