# HOWREY LLP

321 North Clark Street
Suite 3400
Chicago, IL 60610
www.howrey.com

**Scott T. Schutte**
Partner
T 312.846.5641
F 312.264.0368
schuttes@howrey.com
File 05694.0004.000000

May 4, 2007

VIA ELECTRONIC MAIL (AS ATTACHMENT)

Francis R. Greene, Esq.
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, Illinois 60603

　　Re:　*Mason v. Long Beach Mortgage Company*
　　　　Case No. 07-CV-00272-CNC (E.D. Wis.)

Dear Francis:

　　Following up on our conversations on May 1 and 2, this letter will confirm that Plaintiffs do not oppose the request by Long Beach and Deutsche Bank for an extension through and including June 4, 2007, to respond to the above-referenced complaint. Please acknowledge your agreement by counter-signing below and faxing back to me.

　　We appreciate your cooperation.

Sincerely,

*[signature]*

Scott T. Schutte

STS:h

Agreed: _*[signature]*_____
　　　　Francis R. Greene
　　　　Counsel for Plaintiffs

AMSTERDAM　BRUSSELS　CHICAGO　EAST PALO ALTO　HOUSTON　IRVINE　LONDON　LOS ANGELES
MUNICH　NEW YORK　NORTHERN VIRGINIA　PARIS　SALT LAKE CITY　SAN FRANCISCO　TAIPEI　WASHINGTON, DC