UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KENNETH MASON and JULIA WATKINS,<br><br>    Plaintiffs,<br><br>vs.<br><br>LONG BEACH MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>    Defendants. | Civil Action No. 07-C-0272 CNC |

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2007, I electronically filed the following documents with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel for the plaintiffs, Daniel A Edelman at courtecl@edcombs.com, dedelman@edcombs.com, and Thomas E Soule at tsoule@edcombs.com: (a) Notice of Appearance; (b) Certificate of Interest; (c) Long Beach Mortgage Company's Unopposed Motion for Enlargement of Time to Answer; (d) Proposed Order Granting Long Beach Mortgage Company's Unopposed Motion for Enlargement of Time to Answer; (e) Declaration of Scott T. Schutte; and (f) Declaration of Lisa M. Arent.

                                    s/ Lisa M. Arent
                                    Lisa M. Arent
                                    WHYTE HIRSCHBOECK DUDEK S.C.
                                    555 East Wells Street
                                    Suite 1900
                                    Milwaukee, WI 53202
                                    Telephone: 414-273-2100
                                    Fax: 414-223-5000
                                    Email: larent@whdlaw.com

                                    Attorney for Defendant Washington Mutual Bank, f/k/a Long Beach Mortgage Company

WHD\5180903.1