# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KENNETH MASON, and JULIA WATKINS,

        Plaintiffs,

v.                                                       Case No. 07-C-0272

LONG BEACH MORTGAGE COMPANY, and
DEUTSCHE BANK NATIONAL TRUST COMPANY,

        Defendants.

## ORDER GRANTING LONG BEACH MORTGAGE COMPANY'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR PLEAD

On May 4, 2007, defendant, Long Beach Mortgage Company, filed a motion for enlargement of its time to answer the claims asserted by plaintiffs, Kenneth Mason and Julia Watkins. Defendant requests the enlargement of time because of complications arising from defense counsel's move to a new law firm. Further, the motion states that plaintiffs' counsel does not oppose the request. Therefore, for good cause and no adverse interest appearing,

**IT IS ORDERED** that the motion for enlargement of the time for the defendant to answer or plead is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant Long Beach Mortgage Company's responsive pleading shall be filed on or before **June 4, 2007**.

Dated at Milwaukee, Wisconsin, this 10th day of May, 2007.

                                                BY THE COURT:

                                                s/Charles N. Clevert, Jr.
                                                C. N. CLEVERT, JR.
                                                United States District Judge