# EXHIBIT

# 1

## NOTICE OF RIGHT TO CANCEL

DATE 09/28/05
LOAN NO. 6574813-7892
TYPE ADJUSTABLE RATE

LENDER: LONG BEACH MORTGAGE COMPANY

BORROWERS/OWNERS JULIA M WATKINS

ADDRESS 2802 N 56TH ST
CITY/STATE/ZIP MILWAUKEE, WI 53210
PROPERTY 2802-2804 N 56TH ST
MILWAUKEE, WI 53210

You are entering into a transaction that will result in a mortgage/lien/security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1) The date of the transaction, which is __9-28-05__ ; or
(2) The date you received your Truth in Lending disclosures; or
(3) The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
LONG BEACH MORTGAGE COMPANY
ONE PIERCE PLACE, STE 700
ITASCA, IL 60143

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of __10-01-05__
(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____   _____
SIGNATURE                        DATE

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_Julia Ma Watkins_   9/28/05   _____
BORROWER/OWNER       DATE       BORROWER/OWNER           DATE
JULIA M WATKINS

_Kenneth J Mason_    9/28/05   _____
BORROWER/OWNER       DATE       BORROWER/OWNER           DATE
KENNETH J MASON

VMP-64 (9712).01                VMP MORTGAGE FORMS - (800)521-7291                12/97
1084VMP (04/03/01) PC

● NOTICE OF RIGHT TO CAN●L

DATE 09/28/05
LOAN NO. 6584372-7892
TYPE CONVENTIONAL FIXED

LENDER: LONG BEACH MORTGAGE COMPANY

BORROWERS/OWNERS JULIA M WATKINS

ADDRESS        2802 N 56TH ST
CITY/STATE/ZIP MILWAUKEE, WI 53210
PROPERTY       2802-2804 N 56TH STREET
               MILWAUKEE, WI 53210

You are entering into a transaction that will result in a mortgage/lien/security interest on/in your home. You have a legal right under federal law to cancel this transaction, without cost, within THREE BUSINESS DAYS from whichever of the following events occurs last:

(1) The date of the transaction, which is    9-28-05    ; or
(2) The date you received your Truth in Lending disclosures; or
(3) The date you received this notice of your right to cancel.

If you cancel the transaction, the mortgage/lien/security interest is also cancelled. Within 20 CALENDAR DAYS after we receive your notice, we must take the steps necessary to reflect the fact that the mortgage/lien/security interest on/in your home has been cancelled, and we must return to you any money or property you have given to us or to anyone else in connection with this transaction.

You may keep any money or property we have given you until we have done the things mentioned above, but you must then offer to return the money or property. If it is impractical or unfair for you to return the property, you must offer its reasonable value. You may offer to return the property at your home or at the location of the property. Money must be returned to the address below. If we do not take possession of the money or property within 20 CALENDAR DAYS of your offer, you may keep it without further obligation.

### HOW TO CANCEL

If you decide to cancel this transaction, you may do so by notifying us in writing, at:
LONG BEACH MORTGAGE COMPANY
ONE PIERCE PLACE, STE 700
ITASCA, IL 60143

You may use any written statement that is signed and dated by you and states your intention to cancel, or you may use this notice by dating and signing below. Keep one copy of this notice because it contains important information about your rights.

If you cancel by mail or telegram, you must send the notice no later than MIDNIGHT of    10-01-05   
(or MIDNIGHT of the THIRD BUSINESS DAY following the latest of the three events listed above.) If you send or deliver your written notice to cancel some other way, it must be delivered to the above address no later than that time.

**I WISH TO CANCEL**

_____         _____
SIGNATURE                                    DATE

The undersigned each acknowledge receipt of two copies of NOTICE of RIGHT TO CANCEL and one copy of the Federal Truth in Lending Disclosure Statement.

Each borrower/owner in this transaction has the right to cancel. The exercise of this right by one borrower/owner shall be effective to all borrowers/owners.

_Julia Ma Watkins_                    9/28/05
BORROWER/OWNER                         DATE         BORROWER/OWNER                       DATE
JULIA M WATKINS

_Kenneth J. Mason_                    9/28/05
BORROWER/OWNER                         DATE         BORROWER/OWNER                       DATE
KENNETH J MASON

VMP-64 (9712).01                  VMP MORTGAGE FORMS - (800)521-7291                    12/97
1064VMP (04/03/01) PC