**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

## PDF DOCUMENT REQUIREMENT

June 22, 2007

To:  Al Hofeld, Jr
     Edelman Combs Latturner & Goodwin LLC
     120 S LaSalle St - 18th Fl
     Chicago, IL 60603

**Mason, et al. v. Long Beach Mortgage Co., et al.**, Case No. **07-cv-272** assigned to **Charles N. Clevert** has been designated for electronic filing.  The official court record is the electronic file maintained by the Court's servers.  Documents must be submitted in Portable Document Format (PDF) and must be filed electronically using the Court's internet-based Electronic Case Files (ECF) system.  Registered users may file documents directly into ECF.  If circumstances compel you to file prior to becoming a registered user, all documents submitted to the Clerk's Office in paper form must be accompanied by a copy of the document in PDF on a diskette or CD.  The **Notice of Pendancy Motion before MDL Panel** filed in this case on **6/21/07** should have been electronically filed.  Within 48 hours, you must submit a diskette or CD of the PDF file to the Clerk's Office, or e-mail it to **wied_clerks_milw@wied.uscourts.gov**.

A pleading or other document requiring an attorney's signature must be signed in the following manner, whether filed electronically **or submitted on disk** to the Clerk's Office:

>     **s/ J. D. Attorney**
>     J.D. Attorney Bar Number: 12345
>     Attorney for (Plaintiff/Defendant)
>     ABC Law Firm
>     123 South Street
>     Milwaukee, WI 53202
>     Telephone: (414) 123-4567
>     Fax: (414)123-4567
>     E-mail: jdattorney@lawfirm.com

**ONLY DOCUMENTS SIGNED IN THIS FASHION WILL BE ACCEPTED FOR FILING**

Please see the Court's web site at wied.uscourts.gov for more information on electronic case filing and user registration.

>     Jon W. Sanfilippo
>     Clerk of Court