IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| KENNETH MASON and,<br>JULIA WATKINS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LONG BEACH MORTGAGE COMPANY;<br>and DEUTSCHE BANK NATIONAL TRUST<br>COMPANY;<br>　　　　Defendants. | Civil Action No. 07-C-0272 CNC<br><br><br><br><br><br><br><br><br>**JURY DEMANDED** |

## PLAINTIFFS' UNOPPOSED MOTION TO TO STAY PENDING DECISION OF JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Plaintiffs Kenneth Mason and Julia Watkins respectfully ask the Court to stay the proceedings in this matter pending the decision of the Judicial Panel on Multidistrict Litigation on reassignment of this case to the Northern District of Illinois.

In support of this motion, Plaintiffs state as follows:

1. Plaintiffs brought this action on March 21, 2007, seeking rescission of their mortgage and damages related to a 1-4 Family Rider given to them at the closing.

2. On June 4, 2007, Defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(B)(6). Plaintiffs' response brief is due on June 25, 2007.

3. On June 15, 2007, a motion was filed with the Judicial Panel on Multidistrict Litigation ("MDL Panel") by the plaintiff's counsel in a matter styled *Navara v. Long Beach Mortgage Company*, 05 C 0864, currently pending in the United States District Court for the Northern District of Illinois. The motion, which was unopposed by counsel for

1

Long Beach, seeks, *inter alia*, the transfer of this action to the Northern District of Illinois and consolidation with *Navara* for all pre-trial and trial proceedings. A copy of that motion is attached hereto as Exhibit A.

    4.  Plaintiff's counsel seeks the stay of this matter until the MDL Panel has ruled on the *Navara* counsel's motion. Many of the issues raised in Defendants' motion to dismiss have been decided by the *Navara* court. Re-briefing these issues before this Court would be a waste of judicial and attorney resources.

    5.  In the event, the Court is not inclined to grant this motion, Plaintiffs ask for a 10 day extension – until July 5, 2007 – in which to file their response brief.

    6.  Before filing this motion, Plaintiffs' counsel contacted Defendants' counsel by e-mail. Defendants have no objection to this motion.

                Respectfully submitted,


                s/ Daniel A. Edelman
                 Daniel A. Edelman

Daniel A. Edelman
Thomas E. Soule
EDELMAN, COMBS, LATTURNER
  & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Daniel A. Edelman, hereby certify that on June 22, 2007, I filed the foregoing documents with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to the following:

Scott T. Schutte
schuttes@howrey.com

Lisa M. Arent
larent@whdlaw.com

Kenneth R. Nowakowski
knowakowski@whdlaw.com

Nathan A. Fishbach
nfishbach@whdlaw.com

                                           s/ Daniel A. Edelman
                                           Daniel A. Edelman