# TRUTH-IN-LENDING DISCLOSURE STATEMENT

LENDER OR LENDER'S AGENT:
LONG BEACH MORTGAGE COMPANY
1400 S. DOUGLASS RD., SUITE 100
ANAHEIM, CA 92806

☐ Preliminary   ☒ Final
DATE: 04/12/06
LOAN NO.: 6711299-7891
Type of Loan: CONVENTIONAL FIXED

BORROWERS: ALBERT STINSON

ADDRESS: 127 BELLWOOD AVE
CITY / STATE / ZIP: BELLWOOD, IL 60104
PROPERTY: 5402 S SHIELDS AVE
CHICAGO, IL 60609-6217

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 12.028 % | $ 97,849.54 | $ 36,095.66 | $ 133,945.20 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 360 | 372.07 | Monthly beginning 06/01/06 | | | |

DEMAND FEATURE:   ☒ This loan does not have a Demand Feature.   ☐ This loan has a Demand Feature as follows:

VARIABLE RATE FEATURE:
☐ This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

SECURITY: You are giving a security interest in the property located at: 5402 S SHIELDS AVE CHICAGO, IL 60609-6217

ASSUMPTION:   Someone buying this property   ☒ cannot assume the remaining balance due under original mortgage terms
☐ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

FILING / RECORDING FEES:   $ 60.00

PROPERTY INSURANCE: Property hazard insurance is a required condition for this loan. You may purchase this insurance from any insurance company acceptable to the Lender.

☐ Hazard insurance is available through the lender at an estimated cost of $ _____ for _____ years.

LATE CHARGES: If your payment is more than 15 days late, you will be charged a late charge of 5.000 % of the overdue payment.

PREPAYMENT: If you pay off your loan early, you
☐ may   ☒ will not   have to pay a penalty.
☐ may   ☒ will not   be entitled to a refund of part of the finance charge.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.
e means estimate

I/We understand that this is neither a contract nor a commitment to Lend.
I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Albert Stinson_   04/12/06
ALBERT STINSON   BORROWER / DATE

_____   BORROWER / DATE

_____   BORROWER / DATE

_____   BORROWER / DATE

-765 (0112)
© 2002 CBF Systems, Inc. The contents of this form in whole or in part are protected under the copyright laws of the United States.
TIL1-2A (04/28/05) JMR

VMP MORTGAGE FORMS - (800)521-7291

12/01

# EXHIBIT K

Loan No. 6711299-7891

# 1-4 FAMILY RIDER
## Assignment of Rents

THIS 1-4 FAMILY RIDER is made this    12th    day of    April    , 2006    , and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust or Security Deed (the "Security Instrument") of the same date given by the undersigned (the "Borrower") to secure Borrower's Note to

LONG BEACH MORTGAGE COMPANY
1400 S. DOUGLASS RD., SUITE 100
ANAHEIM, CA 92806                       (the "Lender")

of the same date and covering the Property described in the Security Instrument and located at:

5402 S SHIELDS AVE
CHICAGO, IL  60609-6217

[Property Address]

1-4 FAMILY COVENANTS. In addition to the covenants and agreements made in the Security Instrument, Borrower and Lender further covenant and agree as follows:

A. ADDITIONAL PROPERTY SUBJECT TO THE SECURITY INSTRUMENT. In addition to the Property described in the Security Instrument, the following items are added to the Property description, and shall also constitute the Property covered by the Security Instrument: building materials, appliances and goods of every nature whatsoever now or hereafter located in, on, or used, or intended to be used in connection with the Property, including, but not limited to, those for the purposes of supplying or distributing heating, cooling, electricity, gas, water, air and light, fire prevention and extinguishing apparatus, security and access control apparatus, plumbing, bath tubs, water heaters, water closets, sinks, ranges, stoves, refrigerators, dishwashers, disposals, washers, dryers, awnings, storm windows, storm doors, screens, blinds, shades, curtains and curtain rods, attached mirrors, cabinets, panelling and attached floor coverings now or hereafter attached to the Property, all of which, including replacements and additions thereto, shall be deemed to be and remain a part of the Property covered by the Security Instrument. All of the foregoing together with the Property described in the Security Instrument (or the leasehold estate if the Security Instrument is on a leasehold) are referred to in this 1-4 Family Rider and the Security Instrument as the "Property."

B. USE OF PROPERTY; COMPLIANCE WITH LAW. Borrower shall not seek, agree to or make a change in the use of the Property or its zoning classification, unless Lender has agreed in writing to the change. Borrower shall comply with all laws, ordinances, regulations and requirements of any governmental body applicable to the Property.

C. SUBORDINATE LIENS. Except as permitted by federal law, Borrower shall not allow any lien inferior to the Security Instrument to be perfected against the Property without Lender's prior written permission.

D. RENT LOSS INSURANCE. Borrower shall maintain insurance against rent loss in addition to the other hazards for which insurance is required by Uniform Covenant 5.

E. "BORROWER'S RIGHT TO REINSTATE" DELETED. Uniform Covenant 18 is deleted.

F. BORROWER'S OCCUPANCY. Unless Lender and Borrower otherwise agree in writing, the first sentence in Uniform Covenant 6 concerning Borrower's occupancy of the Property is deleted. All remaining covenants and agreements set forth in Uniform Covenant 6 shall remain in effect.

MULTISTATE 1 - 4 FAMILY RIDER - Fannie Mae/Freddie Mac Uniform Instrument            Form 3170 3/93
Page 1 of 2
VMP MORTGAGE FORMS - (800)521-7291                                Initials: 

-57 (9304).01
1057-1 (05/24/99) PC

Loan No. 6711299-7891

G. **ASSIGNMENT OF LEASES.** Upon Lender's request after default, Borrower shall assign to Lender all leases of the Property and all security deposits made in connection with leases of the Property. Upon the assignment, Lender shall have the right to modify, extend or terminate the existing leases and to execute new leases, in Lender's sole discretion. As used in this paragraph G, the word "lease" shall mean "sublease" if the Security Instrument is on a leasehold.

H. **ASSIGNMENT OF RENTS; APPOINTMENT OF RECEIVER; LENDER IN POSSESSION.** Borrower absolutely and unconditionally assigns and transfers to Lender all the rents and revenues ("Rents") of the Property, regardless of to whom the Rents of the Property are payable. Borrower authorizes Lender or Lender's agents to collect the Rents, and agrees that each tenant of the Property shall pay the Rents to Lender or Lender's agents. However, Borrower shall receive the Rents until (i) Lender has given Borrower notice of default pursuant to paragraph 21 of the Security Instrument and (ii) Lender has given notice to the tenant(s) that the Rents are to be paid to Lender or Lender's agent. This assignment of Rents constitutes an absolute assignment and not an assignment for additional security only.

If Lender gives notice of breach to Borrower: (i) all Rents received by Borrower shall be held by Borrower as trustee for the benefit of Lender only, to be applied to the sums secured by the Security Instrument; (ii) Lender shall be entitled to collect and receive all of the Rents of the Property; (iii) Borrower agrees that each tenant of the Property shall pay all Rents due and unpaid to Lender or Lender's agents upon Lender's written demand to the tenant; (iv) unless applicable law provides otherwise, all Rents collected by Lender or Lender's agents shall be applied first to the costs of taking control of and managing the Property and collecting the Rents, including, but not limited to, attorneys' fees, receiver's fees, premiums on receiver's bonds, repair and maintenance costs, insurance premiums, taxes, assessments and other charges on the Property, and then to the sums secured by the Security Instrument; (v) Lender, Lender's agents or any judicially appointed receiver shall be liable to account for only those Rents actually received; and (vi) Lender shall be entitled to have a receiver appointed to take possession of and manage the Property and collect the Rents and profits derived from the Property without any showing as to the inadequacy of the Property as security.

If the Rents of the Property are not sufficient to cover the costs of taking control of and managing the Property and of collecting the Rents any funds expended by Lender for such purposes shall become indebtedness of Borrower to Lender secured by the Security Instrument pursuant to Uniform Covenant 7.

Borrower represents and warrants that Borrower has not executed any prior assignment of the Rents and has not and will not perform any act that would prevent Lender from exercising its rights under this paragraph.

Lender, or Lender's agents or a judicially appointed receiver, shall not be required to enter upon, take control of or maintain the Property before or after giving notice of default to Borrower. However, Lender, or Lender's agents or a judicially appointed receiver, may do so at any time when a default occurs. Any application of Rents shall not cure or waive any default or invalidate any other right or remedy of Lender. This assignment of Rents of the Property shall terminate when all the sums secured by the Security Instrument are paid in full.

I. **CROSS-DEFAULT PROVISION.** Borrower's default or breach under any note or agreement in which Lender has an interest shall be a breach under the Security Instrument and Lender may invoke any of the remedies permitted by the Security Instrument.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and provisions contained in this 1-4 Family Rider.

_____ (Seal)         _____ (Seal)
ALBERT STINSON              -Borrower                                       -Borrower

_____ (Seal)         _____ (Seal)
                            -Borrower                                       -Borrower

-157 (9304)                           Page 2 of 2                           Form 3170 3/93
1057-2 (05/24/99) PC

DENLOW

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:05-cv-00864

Navara v. Long Beach Mortgage Company et al
Assigned to: Honorable Mark Filip
Cause: 15:1601 Truth in Lending

Date Filed: 02/11/2005
Jury Demand: Both
Nature of Suit: 371 Truth in Lending
Jurisdiction: Federal Question

**Plaintiff**

**Guadalupe Navara**     represented by   **Daniel A. Edelman**
Edelman, Combs, Latturner &
Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200
Email: courtecl@edcombs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Albert F Hofeld, Jr.**
Edelman, Combs, Latturner &
Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200
Email: ahofeld@edcombs.com
*ATTORNEY TO BE NOTICED*

**Cathleen M. Combs**
Edelman, Combs, Latturner &
Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200
Email: ccombs@edcombs.com
*ATTORNEY TO BE NOTICED*

**James O. Latturner**
Edelman, Combs, Latturner &
Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

(312) 739-4200
Email: jlatturner@edcombs.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Long Beach Mortgage Company**　　　represented by　**Matthew M. Neumeier**
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610
(312) 846-5640
Email: neumeierm@howrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bethany Kaye Biesenthal**
Jenner & Block LLP
330 North Wabash
Chicago, IL 60611
(312)222-9350
Email: bbiesenthal@jenner.com
*TERMINATED: 05/14/2007*
*ATTORNEY TO BE NOTICED*

**Gabriel A. Crowson**
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610
(312) 846-5645
Email: crowsong@howrey.com
*ATTORNEY TO BE NOTICED*

**Sarah Megan Brown**
Jenner & Block LLP
330 North Wabash
Chicago, IL 60611
(312)840-7268
Email: sbrown@jenner.com
*TERMINATED: 08/01/2005*

**Scott T. Schutte**
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, IL 60610
(312)222-9350
Email: schuttes@howrey.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Washington Mutual Bank FA**
*TERMINATED: 04/11/2006*

represented by **Matthew M. Neumeier**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Megan Brown**
(See above for address)
*TERMINATED: 08/01/2005*

**Scott T. Schutte**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**New Millennium Mortgage Group Corp.**

**Defendant**

**Rogelio A Astudillo**
*also known as*
Roger Astudillo

**Defendant**

**Deutsche Bank National Trust Company**

represented by **Bethany Kaye Biesenthal**
(See above for address)
*TERMINATED: 05/14/2007*
*ATTORNEY TO BE NOTICED*

**Gabriel A. Crowson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew M. Neumeier**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott T. Schutte**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/11/2005 | 1 | COMPLAINT filed by Guadalupe Navara; Jury Demand.(eav, ) (Entered: 02/15/2005) |
| 02/11/2005 | 2 | CIVIL Cover Sheet (eav, ) (Entered: 02/15/2005) |

| 02/11/2005 | 3 | ATTORNEY Appearance for Plaintiff Guadalupe Navara by Cathleen M. Combs, Daniel A. Edelman, Albert F Hofeld, III, James O. Latturner (eav, ) (Entered: 02/15/2005) |
|---|---|---|
| 02/11/2005 | 47 | SUMMONS Issued as to Defendants Rogelio A Astudillo, Long Beach Mortgage Company, Washington Mutual Bank FA, New Millenium Mortgage Corporation. (cem, ) (Entered: 03/14/2006) |
| 02/22/2005 | 5 | MINUTE entry before Judge Mark Filip : Status hearing set for 4/7/2005 at 09:30 AM. and parties are to report the following: (1) Possibility of settlement in the case; (2) If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is to advise all other parties of the court?s action herein. Lead counsel is directed to appear at this status hearing. Parties to prepare and submit a joint status report within two days prior to status. (See Judge?s web page for status report) Judicial staff mailed notice (tbk, ) (Entered: 02/22/2005) |
| 02/28/2005 | 6 | ALIAS Summons Issued as to New Millenium Mortgage Corporation. (eav, ) (Entered: 03/02/2005) |
| 03/02/2005 | 7 | SUMMONS Returned Executed by Guadalupe Navara as to Rogelio A Astudillo on 2/25/2005, answer due 3/17/2005. (eav, ) (Entered: 03/04/2005) |
| 03/02/2005 | 8 | SUMMONS Returned Executed by Guadalupe Navara as to Long Beach Mortgage Company on 2/24/2005, answer due 3/16/2005. (eav, ) (Entered: 03/04/2005) |
| 03/02/2005 | 9 | SUMMONS Returned Executed by Guadalupe Navara as to Washington Mutual Bank FA on 2/28/2005, answer due 3/21/2005. (eav, ) (Entered: 03/04/2005) |
| 03/04/2005 | 10 | SUMMONS Returned Executed by Guadalupe Navara as to New Millenium Mortgage Corporation on 2/22/2005, answer due 3/14/2005. (eav, ) (Entered: 03/09/2005) |
| 03/29/2005 | 11 | MINUTE entry before Judge Mark Filip : Time for status hearing set for 4/7/05 is reset to 10:30a.m. Judicial staff mailed notice (tbk, ) (Entered: 03/29/2005) |
| 04/05/2005 | 12 | ATTORNEY Appearance for Defendants Long Beach Mortgage Company, Washington Mutual Bank FA by Sarah Megan Brown, Scott T. Schutte, Matthew M. Neumeier (eav, ) (Entered: 04/07/2005) |
| 04/06/2005 | 14 | JOINT INITIAL STATUS Report by parties; Notice.(cem, ) (Entered: 04/08/2005) |
| 04/07/2005 | 13 | MINUTE entry before Judge Mark Filip : Status hearing held on 4/7/2005. Defendants' motion to dismiss to be filed by 4/12/04; plaintiff's response due by 4/26/05; defendants' reply due by 5/4/05; ruling on motion to dismiss will be by mail. No notice (tbk, ) (Entered: 04/07/2005) |
| 04/12/2005 | 15 | MOTION by Defendants Long Beach Mortgage Company, Washington |

| | | |
|---|---|---|
| | | Mutual Bank FA to dismiss pursuant to Rule 12(b)(6) ; Notice of filing (eav, ) (Entered: 04/14/2005) |
| 04/12/2005 | 16 | MEMORANDUM by defendants Long Beach Mortgage Company, Washington Mutual Bank FA of law in Support of motion to dismiss 15 (eav, ) (Entered: 04/14/2005) |
| 05/02/2005 | 23 | ALIAS SUMMONS Returned Executed as to New Millenium Mortgage Corporation on 4/20/2005, answer due 5/10/2005. (eav, ) (Entered: 05/06/2005) |
| 05/03/2005 | 17 | UNOPPOSED MOTION by Defendants for leave to file to file corrected memorandum in support. (ntf, ) Additional attachment(s) added on 5/4/2005 (ntf, ). (Entered: 05/04/2005) |
| 05/03/2005 | 18 | NOTICE by defendants of unopposed motion for leave to file corrected memorandum in support 17 before Honorable Mark Filip on 5/9/2005 at 09:30 AM. (ntf, ) Modified on 12/15/2006 (rp, ). (Entered: 05/04/2005) |
| 05/04/2005 | 19 | MINUTE entry before Judge Mark Filip : MOTION by Defendants Rogelio A Astudillo, Long Beach Mortgage Company, Washington Mutual Bank FA, New Millenium Mortgage Corporation for leave to file 17 Corrected Memorandum In Support is Granted. Telephoned notice (tbk, ) (Entered: 05/04/2005) |
| 05/04/2005 | 20 | AGREED MOTION by Plaintiff Guadalupe Navara for leave to file and amendment of briefing schedule (las, ) (Entered: 05/05/2005) |
| 05/04/2005 | 21 | NOTICE of Motion by Albert F Hofeld, III for presentment of plaintiff's agreed motion for leave to file and amendment of briefing schedule 20 before Honorable Mark Filip on 5/10/2005 at 10:30 AM. (las, ) (Entered: 05/05/2005) |
| 05/04/2005 | 22 | RESPONSE by plaintiff to Defendants motion to dismiss 15 ; Notice of filing (eav, ) (Entered: 05/06/2005) |
| 05/09/2005 | 24 | MINUTE entry before Judge Mark Filip : MOTION by Plaintiff Guadalupe Navara for leave to file 20, instanter, her response to defendant Long Beach Mortgage Company's and Washington Mutual Bank's motion to dismiss is granted and amendment of briefing schedule is granted as follows: Defendants are given an extension of time to file reply in support of their motion to dismiss to and including 5/12/05. Telephoned notice (tbk, ) (Entered: 05/09/2005) |
| 05/11/2005 | 25 | AGREED MOTION by Defendants Long Beach Mortgage Company, Washington Mutual Bank FA for extension of time to reply to plaintiff's response to defendant's motion to dismiss; Notice of filing. (rbf, ) (Entered: 05/12/2005) |
| 05/11/2005 | 26 | NOTICE of Motion by Sarah Megan Brown for presentment of motion for extension of time to reply to plaintiff's response to defendant's motion to dismiss 25 before Honorable Mark Filip on 5/16/2005 at 09:30 AM. (rbf, ) (Entered: 05/12/2005) |

| 05/12/2005 | 27 | MINUTE entry before Judge Mark Filip : MOTION by Defendants Long Beach Mortgage Company, Washington Mutual Bank FA for extension of time to file reply25 to plaintiff's response to defendants' motion to dismiss is Granted. Replies due by 5/26/2005. Telephoned notice (tbk, ) (Entered: 05/12/2005) |
|---|---|---|
| 05/25/2005 | 28 | AGREED MOTION by Defendants for extension of time to reply to plaintiff's response to defendants' motion to dismiss 15 (gma, ) (Entered: 05/26/2005) |
| 05/25/2005 | 29 | NOTICE of Motion by Sarah Megan Brown for presentment of AGREED MOTION by Defendants for extension of time to reply to plaintiff's response to defendants' motion to dismiss 28 before Honorable Mark Filip on 5/31/2005 at 09:30 AM. (gma, ) (Entered: 05/26/2005) |
| 05/27/2005 | 30 | MINUTE entry before Judge Mark Filip : MOTION by Defendants Long Beach Mortgage Company, Washington Mutual Bank FA for extension of time to file /reply as to motion to dismiss1528 is granted to and including 6/2/05. Telephoned notice (tbk, ) (Entered: 05/27/2005) |
| 06/02/2005 | 31 | REPLY by Defendants in support of motion to dismiss.(gcy, ) (Entered: 06/09/2005) |
| 07/22/2005 | 32 | AGREED MOTION by Defendants for leave to withdraw the appearance of attorney Sarah M. Brown(gma, ) (Entered: 07/22/2005) |
| 07/22/2005 | 33 | NOTICE of Motion by Sarah Megan Brown for presentment of AGREED MOTION by Defendants for leave to withdraw the appearance of attorney Sarah M. Brown 32 before Honorable Mark Filip on 8/3/2005 at 09:30 AM. (gma, ) (Entered: 07/22/2005) |
| 08/01/2005 | 34 | MINUTE entry before Judge Mark Filip : Agreed motion for leave to withdraw the appearance of attorney Sarah M. Brown for defendants 32 is granted. Attorney Sarah Megan Brown terminated. Telephoned notice (eav, ) (Entered: 08/02/2005) |
| 01/26/2006 | 35 | MINUTE entry before Judge Mark Filip : Status hearing set for 2/8/2006 at 09:30 AM. Mailed notice (tbk, ) (Entered: 01/26/2006) |
| 01/26/2006 | 36 | MINUTE entry before Judge Mark Filip : For the reasons stated below, the Defendants' motion to dismiss 15 is respectfully denied. Mailed notice (lcw, ) (Entered: 01/27/2006) |
| 02/08/2006 | 37 | MINUTE entry before Judge Mark Filip : Status hearing held on 2/8/2006. Plaintiff given until 4/15/06 within which to file motion for class certification. Plaintiff given until 2/15/06 to file amended complaint. Defendants are given to and including 3/8/06 to answer or otherwise plead to amended complaint. Rule 26 disclosures to be exchanged by 3/15/06. Initial written discovery to be issued by 3/22/06. Discovery cutoff set for 7/8/06. Status hearing set for 4/12/2006 at 09:30 AM. No notice (tbk, ) (Entered: 02/08/2006) |
| 02/15/2006 | 38 | MOTION by Plaintiff Guadalupe Navara for leave to file *(Amended Complaint)* (Attachments: # 1 Appendix Amended Complaint# 2 Exhibit |

| | | |
|---|---|---|
| | | A-G)(Hofeld, Albert) (Entered: 02/15/2006) |
| 02/15/2006 | 39 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for leave to file 38 before Honorable Mark Filip on 2/22/2006 at 09:30 AM. (Hofeld, Albert) (Entered: 02/15/2006) |
| 02/17/2006 | 40 | MINUTE entry before Judge Mark Filip : Plaintiff's motion for leave to file amended complaint, instanter, is granted. Mailed notice (cdy, ) (Entered: 02/21/2006) |
| 02/17/2006 | 44 | AMENDED complaint - Class Action by Guadalupe Navara against Deutsche Bank National Trust Company, Rogelio A Astudillo, Long Beach Mortgage Company, Washington Mutual Bank FA, New Millenium Mortgage Corporation (Attachments: # 1 Exhibits)(cdy, ) (Entered: 03/06/2006) |
| 03/06/2006 | 41 | ATTORNEY Appearance for Defendant Long Beach Mortgage Company by Bethany Kaye Biesenthal (Biesenthal, Bethany) (Entered: 03/06/2006) |
| 03/06/2006 | 42 | MOTION by Defendant Long Beach Mortgage Company for extension of time to file answer (Biesenthal, Bethany) (Entered: 03/06/2006) |
| 03/06/2006 | 43 | NOTICE of Motion by Bethany Kaye Biesenthal for presentment of motion for extension of time to file answer 42 before Honorable Mark Filip on 3/9/2006 at 09:30 AM. (Biesenthal, Bethany) (Entered: 03/06/2006) |
| 03/06/2006 | 45 | MINUTE entry before Judge Mark Filip : MOTION by Defendant Long Beach Mortgage Company for extension of time to file answer, defenses and counterclaims 42 is granted to and including 3/17/06. Telephoned notice (tbk, ) (Entered: 03/06/2006) |
| 03/06/2006 | 46 | SUMMONS Issued, original and one copy as to Defendant Deutsche Bank National Trust Company. (jmm, ) (Entered: 03/08/2006) |
| 03/17/2006 | 48 | ANSWER to amended complaint by Long Beach Mortgage Company (Biesenthal, Bethany) (Entered: 03/17/2006) |
| 03/17/2006 | 49 | NOTICE by Long Beach Mortgage Company re answer to amended complaint 48 (Biesenthal, Bethany) (Entered: 03/17/2006) |
| 03/23/2006 | 50 | MOTION by Plaintiff Guadalupe Navara to substitute party *(Agreed Motion to Substitute a Party Instanter)* (Attachments: # 1 Appendix A# 2 Exhibit A-G)(Edelman, Daniel) (Entered: 03/23/2006) |
| 03/23/2006 | 51 | NOTICE of Motion by Daniel A. Edelman for presentment of motion to substitute party 50 before Honorable Mark Filip on 3/30/2006 at 09:30 AM. (Edelman, Daniel) (Entered: 03/23/2006) |
| 03/27/2006 | 52 | MINUTE entry before Judge Mark Filip : The time for the Status hearing set for 4/12/2006 is reset to 10:45 AM. Mailed notice (tbk, ) (Entered: 03/27/2006) |
| 03/30/2006 | 53 | MINUTE entry before Judge Mark Filip : MOTION by Plaintiff |

| | | Guadalupe Navara to substitute party50 is Granted. Plaintiff to file a second amended complaint with the named substituted party. Mailed notice (tbk, ) (Entered: 03/30/2006) |
|---|---|---|
| 04/11/2006 | 54 | *(Second)* AMENDED complaint by Guadalupe Navara against all defendants and terminating Washington Mutual Bank FA *(Class Action)* (Attachments: # 1 Certificate of Service # 2 Exhibit A-B# 3 Exhibit C-G) (Edelman, Daniel) (Entered: 04/11/2006) |
| 04/12/2006 | 55 | MINUTE entry before Judge Mark Filip : Status hearing held and continued to 5/18/2006 at 9:30 am. Plaintiff reports they will be serving the second amended complaint forthwith. Defendant Deutche Bank's oral motion for an extension of time to 4/19/2006 to respond to the second amended complaint is granted. Plaintiff's oral motion for an extension of time to 5/15/2006 to file a class certification motion and supporting memoranda is granted. In court notice (jms, ) (Entered: 04/12/2006) |
| 04/12/2006 | | Set/Reset Hearings Status hearing set for 5/18/2006 at 09:30 AM. (jms, ) (Entered: 04/12/2006) |
| 04/17/2006 | 56 | SUMMONS Returned Executed by Guadalupe Navara as to Deutsche Bank National Trust Company on 3/13/2006, answer due 4/3/2006. (Hofeld, Albert) (Entered: 04/17/2006) |
| 04/19/2006 | 57 | ATTORNEY Appearance for Defendant Deutsche Bank National Trust Company by Bethany Kaye Biesenthal (Biesenthal, Bethany) (Entered: 04/19/2006) |
| 04/19/2006 | 58 | ATTORNEY Appearance for Defendant Deutsche Bank National Trust Company by Matthew M. Neumeier (Neumeier, Matthew) (Entered: 04/19/2006) |
| 04/19/2006 | 59 | ATTORNEY Appearance for Defendant Deutsche Bank National Trust Company by Scott T. Schutte (Schutte, Scott) (Entered: 04/19/2006) |
| 04/19/2006 | 60 | ANSWER to amended complaint by Deutsche Bank National Trust Company(Schutte, Scott) (Entered: 04/19/2006) |
| 04/19/2006 | 61 | NOTICE by Deutsche Bank National Trust Company re attorney appearance58, answer to amended complaint60, attorney appearance57, attorney appearance59 (Schutte, Scott) (Entered: 04/19/2006) |
| 05/15/2006 | 62 | MOTION by Plaintiff Guadalupe Navara to set a briefing schedule *(Plaintiff's Agreed Motion for Amendment of Briefing Schedule)* (Hofeld, Albert) (Entered: 05/15/2006) |
| 05/15/2006 | 63 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion by filer to set a briefing schedule62 before Honorable Mark Filip on 5/23/2006 at 09:30 AM. (Hofeld, Albert) (Entered: 05/15/2006) |
| 05/18/2006 | 64 | MINUTE entry before Judge Mark Filip : Status hearing held. Agreed MOTION by Plaintiff Guadalupe Navara to set a briefing schedule on motion for class certification62 is granted. Ruling on motion for class certification will be by mail. Status hearing set for 7/18/2006 at 09:30 |

| | | |
|---|---|---|
| | | AM. Mailed notice (tbk, ) (Entered: 05/18/2006) |
| 06/15/2006 | 65 | MOTION by Plaintiff Guadalupe Navara to certify class *(Plaintiff's Motion for Class Certification)* (Attachments: # 1 Certificate of Service) (Hofeld, Albert) (Entered: 06/15/2006) |
| 06/15/2006 | 66 | MEMORANDUM by Guadalupe Navara in Support of motion to certify class 65 *(Memorandum of Law in Support of Plaintff's Motion for Class Certification)* (Attachments: # 1 Exhibit B, I, J and K# 2 Certificate of Service)(Hofeld, Albert) (Entered: 06/15/2006) |
| 06/21/2006 | 67 | MOTION by Plaintiff Guadalupe Navara for rule to show cause *(Plaintiff's Motion for Rule to Show Cause)* (Attachments: # 1 Exhibit A) (Hofeld, Albert) (Entered: 06/21/2006) |
| 06/21/2006 | 68 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for rule to show cause 67 before Honorable Mark Filip on 7/6/2006 at 09:30 AM. (Hofeld, Albert) (Entered: 06/21/2006) |
| 06/21/2006 | 69 | MOTION by Plaintiff Guadalupe Navara for default judgment as to *(Plaintiff's Motion for Default Judgment)* (Attachments: # 1 Appendix A# 2 Exhibit A-B# 3 Exhibit C-G# 4 Appendix B-D)(Hofeld, Albert) (Entered: 06/21/2006) |
| 06/21/2006 | 70 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for default judgment 69 before Honorable Mark Filip on 7/6/2006 at 09:30 AM. (Hofeld, Albert) (Entered: 06/21/2006) |
| 06/26/2006 | 73 | EXECUTIVE COMMITTEE ORDER:Case referred to Magistrate Judge Morton Denlow to rule on plaintiff's motion for rule to show cause as to why Rogelio A. Astudillo a/k/a Roger Astudillo should not be held in contempt for failure to comply with a subpoena for documents. Signed by Executive Committee on 06/26/06. (lcw, ) (Entered: 06/28/2006) |
| 06/27/2006 | 71 | MINUTE entry before Judge Morton Denlow : This matter has been referred to Judge Denlow for ruling on a pending motion. If no briefing schedule has been set or if no briefing is desired, the parties are to notice the motion up on Mondays or Wednesdays at 9:15 a.m. Judge Denlow does not desire briefs on discovery disputes. Otherwise, the parties are to appear for status or argument at 10:00 a.m. on 7/18/2006. Mailed notice (dmk, ) (Entered: 06/27/2006) |
| 06/27/2006 | 72 | *(Amended)* NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for rule to show cause 67 before Honorable Morton Denlow on 7/5/2006 at 09:15 AM. (Hofeld, Albert) (Entered: 06/27/2006) |
| 07/05/2006 | 74 | MOTION by Plaintiff Guadalupe Navara for extension of time *(Plaintiff's Agreed Motion for 60-Day Discovery Extension)* (Hofeld, Albert) (Entered: 07/05/2006) |
| 07/05/2006 | 75 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for extension of time 74 before Honorable Mark Filip on 7/10/2006 at 09:30 AM. (Hofeld, Albert) (Entered: 07/05/2006) |
| | | |

| | | |
|---|---|---|
| 07/05/2006 | 76 | MINUTE entry before Judge Morton Denlow : Motion hearing held on Plaintiff's motion for rule to show cause 67. Plaintiff's motion for rule to show cause 67 is granted. The Court orders Mr. Astudillo to produce the documents and appear for his deposition pursuant to the subpoena on or by 7/19/06. In the event Mr. Astudiollo does not appear for his deposition, he is to appear before Magistrate Judge Denlow on 7/26/06 at 9:15 to show cause why he should not be held in contempt for failure to comply with the subpoena and Judge Denlow's order. Discovery extended to permit this discovery to take place. Motions terminated: MOTION by Plaintiff Guadalupe Navara for rule to show cause (Plaintiff's Motion for Rule to Show Cause)67 Mailed notice (dmk, ) (Entered: 07/05/2006) |
| 07/05/2006 | 77 | MINUTE entry before Judge Morton Denlow : Status hearing set for 7/18/06 before Judge Denlow is stricken. Mailed notice (dmk, ) (Entered: 07/05/2006) |
| 07/06/2006 | 78 | MINUTE entry before Judge Mark Filip : Plaintiff's Motion for default judgment against defendant Rogelio A. Astudillo a/k/a Roger Astudillo 69 is granted. MOTION by Plaintiff Guadalupe Navara for extension of time74 of discovery is granted to and including 9/8/06. Defendants are given 28 days from completion of plaintiff's deposition to respond to motion for class certification. Plaintiff given 7 days thereafter to file reply brief. Status hearing set for 9/14/2006 at 09:30 AM. Mailed notice (tbk, ) (Entered: 07/06/2006) |
| 07/13/2006 | 79 | MOTION by Plaintiff Guadalupe Navara to compel *(Plaintiff's Motion to Compel)* (Attachments: # 1 Appendix A Part One of Two# 2 Appendix A Part Two of Two# 3 Appendix B-D)(Hofeld, Albert) (Entered: 07/13/2006) |
| 07/13/2006 | 80 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion to compel79 before Honorable Mark Filip on 7/18/2006 at 09:30 AM. (Hofeld, Albert) (Entered: 07/13/2006) |
| 07/13/2006 | 81 | MOTION by Defendant Long Beach Mortgage Company to compel (Schutte, Scott) (Entered: 07/13/2006) |
| 07/13/2006 | 82 | MOTION by Defendant Long Beach Mortgage Company to compel (Attachments: # 1 # 2 # 3)(Schutte, Scott) (Entered: 07/13/2006) |
| 07/13/2006 | 83 | NOTICE of Motion by Scott T. Schutte for presentment of motion to compel82 before Honorable Mark Filip on 7/18/2006 at 09:30 AM. (Schutte, Scott) (Entered: 07/13/2006) |
| 07/17/2006 | 84 | MINUTE entry before Judge Mark Filip : Plaintiff and defendants Long Beach Mortgage & Deutche Bank's motions to compel are referred to Magistrate Judge Denlow for disposition. Mailed notice (jms, ) (Entered: 07/17/2006) |
| 07/17/2006 | 85 | EXECUTIVE COMMITTEE ORDER:Case referred to Magistrate Judge Morton Denlow to oversee discovery matters.Signed by Executive Committee on 07/17/06. (lcw, ) (Entered: 07/19/2006) |

| | | |
|---|---|---|
| 07/24/2006 | 86 | MOTION by Defendants Deutsche Bank National Trust Company, Long Beach Mortgage Company for extension of time to file response/reply *to Plaintiff's Motion for Class Certification* (Attachments: # 1 Text of Proposed Order)(Schutte, Scott) (Entered: 07/24/2006) |
| 07/24/2006 | 87 | NOTICE of Motion by Scott T. Schutte for presentment of motion for extension of time to file response/reply 86 before Honorable Mark Filip on 8/2/2006 at 09:30 AM. (Schutte, Scott) (Entered: 07/24/2006) |
| 07/26/2006 | 88 | MINUTE entry before Judge Morton Denlow : Motion hearing held on 7/26/2006 regarding defendants' motion to compel 82, plaintiff's motion to compel 79 and rule to show against Rogelio A. Astudillo. Rule to show cause against Rogelio A. Astudillo is entered and continued to 8/7/2006 at 09:15 AM. Plaintiff's Motion to compel 79 is withdrawn without prejudice. Defendants Motion to compel 82 is withdrawn without prejudice. Motions terminated: MOTION by Defendant Long Beach Mortgage Company to compel 82, MOTION by Plaintiff Guadalupe Navara to compel 79 Mailed notice (dmk, ) (Entered: 07/26/2006) |
| 07/26/2006 | 89 | MINUTE entry before Judge Mark Filip : MOTION by Defendants Deutsche Bank National Trust Company, Long Beach Mortgage Company for extension of time to file response to Plaintiff's Motion for Class Certification 86 is granted. Response brief extended to 8/23/06. Reply brief due by 8/30/06. Telephoned notice (tbk, ) (Entered: 07/26/2006) |
| 08/07/2006 | 90 | MINUTE entry before Judge Morton Denlow : Rule to show cause hearing held. Defendant Rogelio A. Astudillo having failed to appear for the rule to show cause set for 8/7/06 at 9:15, The Court orders a bench warrant to issue for the arrest of Rogelio A. Astudillo for failure to appear for the rule to show cause and for failure to produce the documents as previously ordered. The Clerk of the Court is directed to issue a bench warrant for the arrest of Rogelio A. Astudillo, 2304 Frontera, McAllen, TX 78504, for failure to appear for the rule to show cause and for failure to produce the documents as previously ordered. Rule to show cause is entered and continued to 8/21/06 at 9:15 a.m. Mailed notice (lcw, ) (Entered: 08/08/2006) |
| 08/08/2006 | 91 | MINUTE entry before Judge Morton Denlow : Upon representation from plaintiff's attorney, Albert F. Hofeld, Jr., that the defendant, Rogelio A. Astudillo has produced the documents and has indicated that he has no other documents, the bench warrant is hereby quashed. Rule to show cause continued to 08/21/06 is stricken. Mailed notice (cdy, ) (Entered: 08/10/2006) |
| 08/14/2006 | 92 | MOTION by Defendants Deutsche Bank National Trust Company, Long Beach Mortgage Company for extension of time to file response/reply as to motion to certify class 65 (Biesenthal, Bethany) (Entered: 08/14/2006) |
| 08/14/2006 | 93 | NOTICE of Motion by Bethany Kaye Biesenthal for presentment of motion for extension of time to file response/reply, motion for relief 92 (Biesenthal, Bethany) (Entered: 08/14/2006) |
| | | |

| | | |
|---|---|---|
| 08/15/2006 | 94 | MINUTE entry before Judge Morton Denlow : All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Judge Morton Denlow no longer referred to the case. Mailed notice (Entered: 08/15/2006) |
| 08/22/2006 | 95 | MOTION by Plaintiff Guadalupe Navara to compel *(Second)* (Attachments: # 1 Exhibit A-B# 2 Exhibit C-F)(Hofeld, Albert) (Entered: 08/22/2006) |
| 08/22/2006 | 96 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion to compel 95 before Honorable Mark Filip on 8/29/2006 at 09:30 AM. (Hofeld, Albert) (Entered: 08/22/2006) |
| 08/24/2006 | 97 | MINUTE entry before Judge Mark Filip : MOTION by Defendants Deutsche Bank National Trust Company, Long Beach Mortgage Company for extension of time to file response and reply as to motion to certify class 65 92 is granted. Response due by 8/30/2006 and Reply due by 9/13/2006. Mailed notice (tbk, ) (Entered: 08/24/2006) |
| 08/25/2006 | 98 | MOTION by Defendants Deutsche Bank National Trust Company, Long Beach Mortgage Company, Plaintiff Guadalupe Navara to stay *(JOINT)* (Biesenthal, Bethany) (Entered: 08/25/2006) |
| 08/25/2006 | 99 | NOTICE of Motion by Bethany Kaye Biesenthal for presentment of motion to stay 98 (Biesenthal, Bethany) (Entered: 08/25/2006) |
| 08/28/2006 | 100 | MINUTE entry before Judge Mark Filip : MOTION by Defendants Deutsche Bank National Trust Company, Long Beach Mortgage Company, Plaintiff Guadalupe Navara to stay 98 proceedings is granted. Case referred to Magistrate Judge Denlow for settlement conference. Status hearing date of 9/14/06 is stricken and Status hearing reset for 9/28/2006 at 09:30 AM. Mailed notice (tbk, ) (Entered: 08/28/2006) |
| 08/28/2006 | 101 | Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Morton Denlow for the purpose of holding proceedings related to discovery motion 95 and settlement conference. (tbk, )Mailed notice. (Entered: 08/28/2006) |
| 08/29/2006 | 102 | MINUTE entry before Judge Morton Denlow : This matter has been referred to Judge Denlow for ruling on a pending motion. If no briefing schedule has been set or if no briefing is desired, the parties are to notice the motion up on Mondays or Wednesdays at 9:15 a.m. Judge Denlow does not desire briefs on discovery disputes. Otherwise, the parties are to appear for status or argument at 10:00 a.m. on 9/28/2006. Mailed notice (dmk, ) (Entered: 08/29/2006) |
| 09/26/2006 | 103 | MINUTE entry before Judge Mark Filip : Status hearing date of 9/28/06 is stricken and Status hearing reset for 10/17/2006 at 09:30 AM. Mailed notice (tbk, ) (Entered: 09/26/2006) |
| 09/28/2006 | 104 | MINUTE entry before Judge Morton Denlow : Palintiff's Second Motion to compel 95 is entered and continued to 10/19/06 at 10:30 a.m. Settlement Conference set for 10/19/2006 at 10:30 AM. Status hearing |

| | | |
|---|---|---|
| | | set for 9/28/06 is stricken. Mailed notice (dmk, ) (Entered: 09/28/2006) |
| 09/29/2006 | 105 | MOTION by Defendants Deutsche Bank National Trust Company, Long Beach Mortgage Company, Plaintiff Guadalupe Navara(Joint) to Extend Stay (Biesenthal, Bethany) (Entered: 09/29/2006) |
| 09/29/2006 | 106 | NOTICE of Motion by Bethany Kaye Biesenthal for presentment of motion for miscellaneous relief 105 before Honorable Mark Filip on 10/5/2006 at 09:30 AM. (Biesenthal, Bethany) (Entered: 09/29/2006) |
| 10/02/2006 | 107 | MINUTE entry before Judge Mark Filip : MOTION by Defendants Deutsche Bank National Trust Company, Long Beach Mortgage Company, Plaintiff Guadalupe Navara(Joint) to Extend Stay 105 is granted. This case is stayed until 10/30/06. The parties have an additional six weeks to conduct fact discovery and Long Beach has an additional two weeks to file Defendant's Response to Plaintiff's Motion for Class Certification, if settlement is not reached and the stay is lifted. Mailed notice (tbk, ) (Entered: 10/02/2006) |
| 10/12/2006 | 108 | MINUTE entry before Judge Mark Filip : Status hearing is reset for 10/17/2006 at 09:00 AM. Mailed notice (jms, ) (Entered: 10/12/2006) |
| 10/16/2006 | 109 | MINUTE entry before Judge Mark Filip : Status hearing reset for 10/24/2006 at 09:30 AM. Telephoned notice (tbk, ) (Entered: 10/16/2006) |
| 10/19/2006 | 110 | MINUTE entry before Judge Morton Denlow : Settlement conference held on 10/19/2006. Progress made. Status hearing set for 11/7/2006 at 10:00 AM. Mailed notice (dmk, ) (Entered: 10/19/2006) |
| 10/23/2006 | 111 | MINUTE entry before Judge Mark Filip : Status hearing date of 10/24/06 is stricken and Status hearing reset for 11/9/2006 at 09:45 AM. Mailed notice (tbk, ) (Entered: 10/23/2006) |
| 11/07/2006 | 112 | MINUTE entry before Judge Morton Denlow : Magistrate Judge Status hearing held on 11/7/2006. Motion Hearing on motion to compel 95 is set for 11/13/2006 at 09:15 AM. Mailed notice (dmk, ) (Entered: 11/07/2006) |
| 11/09/2006 | 113 | MINUTE entry before Judge Mark Filip : Status hearing held on 11/9/2006. Status hearing set for 11/22/2006 at 09:30 AM. No notice (tbk, ) (Entered: 11/09/2006) |
| 11/09/2006 | 114 | MINUTE entry before Judge Morton Denlow : Motion to compel 95 is withdrawn. Motion hearing set for 11/13/06 is stricken. Status hearing set for 1/9/2007 at 10:00 AM. Mailed notice (dmk, ) (Entered: 11/09/2006) |
| 11/27/2006 | 115 | MINUTE entry before Judge Mark Filip : Referral order of 8/28/06 is enlarged to include referral for further settlement conference before Magistrate Judge Denlow. Attorneys Christopher Lefebvre and Lloyd Brooks are requested to be present at next settlement conference to be set by Magistrate Judge Denlow. Mailed notice (cdy, ) (Entered: 11/28/2006) |
| 12/12/2006 | 116 | MINUTE entry before Judge Morton Denlow : Settlement Conference set |

| | | |
|---|---|---|
| | | for 1/8/2007 at 10:30 AM. Status hearing set for 1/9/07 is stricken. Mailed notice (dmk, ) (Entered: 12/12/2006) |
| 01/08/2007 | 117 | MINUTE entry before Judge Morton Denlow :Settlement conference held on 1/8/2007. Judge Denlow makes a settlement recommendation. The parties shall deliver or fax (312/554-8547) a letter to Judge Denlow's chambers on or before the close of business on 1/12/07, to advise Judge Denlow whether they accept the Court's recommendation.Mailed notice (dmk, ) (Entered: 01/08/2007) |
| 01/16/2007 | 118 | MINUTE entry before Judge Morton Denlow :The parties having failed to accept Judge Denlow,s settlement recommendation,status hearing is set for 2/22/2007 at 10:00 AM.Mailed notice (dmk, ) (Entered: 01/16/2007) |
| 01/16/2007 | 119 | MOTION by Plaintiff Guadalupe Navara to file instanter *Third Amended Complaint* (Attachments: # 1 Third Amended Complaint (part one)# 2 Third Amended Complaint (part two))(Hofeld, Albert) (Entered: 01/16/2007) |
| 01/16/2007 | 120 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion to file instanter119 before Honorable Mark Filip on 1/23/2007 at 09:30 AM. (Hofeld, Albert) (Entered: 01/16/2007) |
| 01/22/2007 | 121 | RESPONSE by Deutsche Bank National Trust Company, Long Beach Mortgage Companyin Opposition to MOTION by Plaintiff Guadalupe Navara to file instanter *Third Amended Complaint*119 (Schutte, Scott) (Entered: 01/22/2007) |
| 01/23/2007 | 122 | MINUTE entry before Judge Mark Filip :Motion hearing held on 1/23/2007 regarding Plaintiff's motion to file amended complaint, instanter119. Plaintiff given until 1/24/07 within which file reply to motion to file amended complaint, instanter.119 Ruling on motion to file119 will be by mail. Mailed notice (tbk, ) (Entered: 01/23/2007) |
| 01/24/2007 | 123 | MOTION by Plaintiff Guadalupe Navara for extension of time to file response/reply (Hofeld, Albert) (Entered: 01/24/2007) |
| 01/24/2007 | 124 | NOTICE of Motion by Albert F Hofeld, Jr for presentment of motion for extension of time to file response/reply123 before Honorable Mark Filip on 2/1/2007 at 09:30 AM. (Hofeld, Albert) (Entered: 01/24/2007) |
| 01/25/2007 | 125 | REPLY by Guadalupe Navara to response in opposition to motion121, MOTION by Plaintiff Guadalupe Navara to file instanter *Third Amended Complaint*119 (Hofeld, Albert) (Entered: 01/25/2007) |
| 01/25/2007 | 126 | NOTICE by Guadalupe Navara re reply to response to motion125 (Hofeld, Albert) (Entered: 01/25/2007) |
| 01/25/2007 | 127 | NOTICE by Guadalupe Navara re notice of filing126, reply to response to motion125 *Amended Notice of Filing* (Hofeld, Albert) (Entered: 01/25/2007) |
| 01/26/2007 | 128 | MINUTE entry before Judge Mark Filip :Plaintiff's Motion for extension |

| | | of time to file reply regarding MOTION by Plaintiff Guadalupe Navara to file Third Amended Complaint119 123 is granted to and including 1/26/07.Mailed notice (tbk, ) (Entered: 01/26/2007) |
|---|---|---|
| 01/26/2007 | 129 | DOCUMENT ENTERED IN ERROR (cdy, ) Modified on 1/29/2007 (cdy, ). A (Entered: 01/29/2007) |
| 02/22/2007 | 130 | MINUTE entry before Judge Morton Denlow :Magistrate Judge Status hearing held on 2/22/2007. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Case no longer referred to Morton Denlow.Mailed notice (dmk, ) (Entered: 02/22/2007) |
| 03/11/2007 | 131 | MINUTE entry before Judge Mark Filip : For the reasons stated below, plaintiff's motion for leave to file a third amended complaint [D.E. 119] is granted. The parties are free to confer concerning whether any additional fact discovery is needed. Mailed notice (cdy, ) (Entered: 03/12/2007) |
| 03/22/2007 | 132 | *Third* AMENDED complaint by Guadalupe Navara against all defendants (Attachments: # 1 Third Amended Complaint (Part Two)) (Hofeld, Albert) (Entered: 03/22/2007) |
| 03/22/2007 | 133 | NOTICE by Guadalupe Navara re amended complaint132 (Hofeld, Albert) (Entered: 03/22/2007) |
| 05/04/2007 | 134 | MOTION by Plaintiff Guadalupe Navara to reassign case *s (related)* (Attachments: # 1 Appendix Appendix A# 2 Appendix Appendices B-C) (Edelman, Daniel) (Entered: 05/04/2007) |
| 05/04/2007 | 135 | NOTICE of Motion by Daniel A. Edelman for presentment of motion to reassign case134 before Honorable Mark Filip on 5/9/2007 at 09:30 AM. (Edelman, Daniel) (Entered: 05/04/2007) |
| 05/09/2007 | 136 | MINUTE entry before Judge Mark Filip :Motion to reassign case 134 is taken under advisement.Mailed notice (tbk, ) (Entered: 05/09/2007) |
| 05/11/2007 | 137 | MOTION by Defendants Deutsche Bank National Trust Company, Long Beach Mortgage Company to withdraw as attorney *Bethany K. Biesenthal (Agreed Motion)* (Biesenthal, Bethany) (Entered: 05/11/2007) |
| 05/11/2007 | 138 | NOTICE of Motion by Bethany Kaye Biesenthal for presentment of motion to withdraw as attorney137 before Honorable Mark Filip on 5/17/2007 at 09:30 AM. (Biesenthal, Bethany) (Entered: 05/11/2007) |
| 05/14/2007 | 139 | MINUTE entry before Judge Mark Filip : Agreed motion for leave to withdraw the appearance of attorney Bethany K. Biesenthal on behalf of defendants 137 is granted. Attorney Bethany Kaye Biesenthal terminated.Mailed notice (cdy, ) (Entered: 05/15/2007) |
| 05/16/2007 | 140 | ATTORNEY Appearance for Defendants Deutsche Bank National Trust Company, Long Beach Mortgage Company by Gabriel A. Crowson (Crowson, Gabriel) (Entered: 05/16/2007) |

| 06/08/2007 | 141 | MINUTE entry before Judge Mark Filip : Plaintiff's motion to reassign134 cases 06 C 2323 Shelton v. Long Beach Mortgage Co., et al (Judge Manning) and 07 C 1709 Jamerson, et al v. Long Beach Mortgage Co. (Judge St. Eve), as related to 05 C 864 Navara, et al v. Long Beach Mortgage Co., et al (Judge Filip), is Granted.Mailed notice (cdy, ) (Entered: 06/11/2007) |
|---|---|---|

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 06/12/2007 10:56:27 | | |
| PACER Login: | ec0074 | Client Code: |
| Description: | Docket Report | Search Criteria: | 1:05-cv-00864 |
| Billable Pages: | 9 | Cost: | 0.72 |