IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| KENNETH MASON and<br>JULIA WATKINS,<br>    Plaintiffs,<br><br>V.<br><br>LONG BEACH MORTGAGE COMPANY;<br>and DEUTSCHE BANK NATIONAL<br>TRUST COMPANY<br>    Defendant. | United States District Court for the<br>Eastern District of Wisconsin,<br>Milwaukee Division<br><br><br>Case No. 07 C 00272 CNC<br><br>Judge Clevert, Jr. |

**NOTICE OF PENDANCY OF MOTION BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO TRANSFER ACTIONS TO NORTHERN DISTRICT OF ILLINOIS FOR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**

PLEASE TAKE NOTICE that Plaintiffs in all cases identified herein, by and through their undersigned attorneys, have filed a Motion Before the Judicial Panel on Multidistrict Litigation ("Panel"), pursuant to 28 U.S.C. § 1407, requesting that three putative class actions currently pending in the Northern District of Illinois (Eastern Division), District of Massachusetts (Eastern Division), and Eastern District of Wisconsin (Milwaukee District) be consolidated before the Northern District of Illinois for pretrial proceedings. The three putative class actions are styled: Navara and Stinson v. Long Beach Mortgage Co., 05 C 0864 (N.D. Ill.)(Filip, J.)("Navara"); Carye v. Long Beach Mortgage Co., 1:06-cv-10887-WGY (D. Mass)(Young, J.)("Carye"); and Mason and Watkins v. Long Beach Mortgage Co., et al., 2:07-cv-00272-CNC (E.D.WI)(Clevert, J.)("Mason").

Pursuant to Rule 5.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, copies of the following documents are attached hereto:

**Exhibit 1 :** Uncontested Motion to Transfer to the Northern District of Illinois Pursuant to 28 U.S.C. § 1407 for Consolidation Pretrial and Trial Proceedings

**Exhibit 2 :** Memorandum of Law in Support of Uncontested Motion to Transfer to the Northern District of Illinois Pursuant to 28 U.S.C. § 1407 for Consolidated Pretrial Proceedings.

Dated: June 15, 2007                                      Respectfully submitted,

                                                          /s/Al Hofeld, Jr.
                                                          Al Hofeld, Jr.
                                                          Attorney for Plaintiffs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Al Hofeld, Jr.
EDELMAN, COMBS, LATTURNER
   & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Al Hofeld Jr., hereby certify that on June 15, 2007, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

Gabriel A. Crowson
Scott T. Schutte
Howrey LLP
321 N. Clark St., Suite 3400
Chicago, IL 60610
(312) 846-5640

                                                /s/Al Hofeld, Jr.
                                                Al Hofeld, Jr.