# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KENNETH MASON and JULIA WATKINS,

              Plaintiffs,

      v.                                    Case No. 07-C-0272

LONG BEACH MORTGAGE COMPANY and
DEUTSCHE BANK NATIONAL TRUST COMPANY,

              Defendants.

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO STAY PENDING DECISION OF JUDICIAL PANEL ON MULTIDISTRICT LITIGATION AND CLOSING CASE FOR ADMINISTRATIVE PURPOSES

On March 21, 2007, plaintiffs, Kenneth Mason and Julia Watkins, instituted this action asserting a right to rescind their mortgage and alleging non-disclosure of the security interest in personal property on the Truth in Lending disclosures in violation of 15 U.S.C. § 1637 and 12 C.F.R. § 226.18. The plaintiffs' motion to stay these proceedings is now before the court for a decision. The motion indicates that a stay is appropriate because the Judicial Panel on Multidistrict Litigation is considering a motion to transfer this case to the Northern District of Illinois. The plaintiffs further contend that counsel for defendants has no objection to their request. Because the court believes that a stay is prudent,

**IT IS ORDERED** that the Plaintiffs' Unopposed Motion to Stay Pending Decision of Judicial Panel on Multidistrict Litigation is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is closed for administrative purposes pending notice from the Judicial Panel on Multidistrict Litigation or notice by the parties that they are prepared to proceed in this court.

Dated at Milwaukee, Wisconsin, this 27th day of June, 2007.

BY THE COURT:

s/Charles N. Clevert, Jr.
C. N. CLEVERT, JR.
United States District Judge