**FILED**

NOV 1 4 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

9:51 am, Nov 14, 2007

A CERTIFIED TRUE COPY
ATTEST

By Mecca Thompson at 9:52 am, Nov 14, 2007

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

JUDGE ANDERSEN

IN RE: LONG BEACH MORTGAGE COMPANY
TRUTH IN LENDING ACT 1-4 FAMILY RIDER LITIGATION

MDL No. 1876

**TRANSFER ORDER**

MAGISTRATE JUDGE NOLAN

07C 6543

**Before the entire Panel**: Plaintiffs in three actions pending in the Northern District of Illinois, the District of Massachusetts, and the Eastern District of Wisconsin, respectively, as listed on Schedule A, have moved, pursuant to 28 U.S.C. § 1407, to centralize this litigation in the Northern District of Illinois. No defendant responded to the motion.

After considering the argument of counsel, we find that these three actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of Illinois will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All three actions arise from allegations that Long Beach Mortgage Co., a mortgage lender, violated the Truth in Lending Act or its state law equivalent by failing to disclose that it was taking a security interest in the borrower's personal property via a "1-4 Family Rider" document attached to the mortgage instrument. Centralization under Section 1407 will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are also persuaded that the Northern District of Illinois is an appropriate transferee district for pretrial proceedings in this litigation, because one of the three actions is already pending there and, by centralizing them before Judge Wayne R. Andersen, we are assigning the litigation to a jurist who has the experience to steer it on a prudent course.

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: NOVEMBER 20, 2007

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Northern District of Illinois are transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Wayne R. Andersen for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| John G. Heyburn II, Chairman | J. Frederick Motz |
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | Anthony J. Scirica |

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**  Page 1

Docket: 1876 - IN RE: Long Beach Mortgage Company Truth in Lending Act 1-4 Family Rider Litigation
Status: Transferred on 11/14/2007
Transferee District: ILN    Judge: Andersen, Wayne R.                               Printed on 11/14/2007

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Astudillo, Rogelio A.<br>Astudillo Consulting Services<br>2304 Frontera Road<br>McAllen, TX 78504 | => <br>Astudillo, Rogelio A. |
| Edelman, Daniel A.<br>EDELMAN COMBS LATTURNER & GOODWIN LLC<br>120 South LaSalle Street<br>18th Floor<br>Chicago, IL 60603 | => **Phone:** (312) 739-4200  **Fax:** (312) 419-0379  **Email:** dedelman@edcombs.com<br>Jeune, Mirlaine*; Mason, Kenneth*; Navara, Guadalupe*; Stinson, Albert*; Watkins, Julia* |
| New Millennium Mortgage,<br>1700 Park Street<br>Suite 203<br>Naperville, IL 60563 | => <br>New Millennium Mortgage Group Corp. |
| Schulte, Scott T.<br>HOWREY LLP<br>321 North Clark Street<br>Suite 3400<br>Chicago, IL 60610 | => **Phone:** (312) 595-1239  **Fax:** (312) 595-2250<br>Deutsche Bank National Trust Co.*; Long Beach Mortgage Co.* |

Note: Please refer to the report title page for complete report scope and key.

IN RE: LONG BEACH MORTGAGE COMPANY
TRUTH IN LENDING ACT 1-4 FAMILY RIDER LITIGATION         MDL No. 1876

## SCHEDULE A

Northern District of Illinois

Guadalupe Navara, et al. v. Long Beach Mortgage Co., et al., C.A. No. 1:05-864

District of Massachusetts

Ronald W. Carye, et al. v. Long Beach Mortgage Co., C.A. No. 1:06-10887    07CV6544

Eastern District of Wisconsin

Kenneth Mason, et al. v. Long Beach Mortgage Co., et al., C.A. No. 2:07-272    07CV6545