

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS                                                                                    312-435-5698

**November 19, 2007**

Jon W. Sanfilippo, Clerk of Court

United States District Court
Eastern District of Wisconsin
362 United States Courthouse

517 East Wisconsin Ave.
Milwaukee, WI 53202

Dear Clerk:

**Re: MDL 1876 -- In re: "Long Beach Mortgage Company Truth in Lending Act**

    Your case number:     2:07-272 Kenneth Mason et al. Vs Long Beach Mortgage Co. et al.

    Our case number:     **07 cv 6545 - Northern District of Illinois**

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge Marvin E Aspen.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois. Your prompt attention to this matter is greatly appreciated.

                                                       Sincerely,

                                                       Michael W. Dobbins
                                                       Clerk

                                  by:     Willie A. Haynes
                                         Supervisor of Operations