CLOSED, STAYED, TRANSFERRED

# United States District Court
# Eastern District of Wisconsin (Milwaukee)
# CIVIL DOCKET FOR CASE #: 2:07–cv–00272–CNC

Mason et al v. Long Beach Mortgage Company et al  
Assigned to: Judge Charles N Clevert, Jr  
Cause: 15:1601 Truth in Lending  

Date Filed: 03/21/2007  
Date Terminated: 06/27/2007  
Jury Demand: Plaintiff  
Nature of Suit: 371 Truth in Lending  
Jurisdiction: Federal Question  

**Plaintiff**

**Kenneth Mason**   represented by   **Al Hofeld, Jr**
Edelman Combs Latturner &Goodwin LLC
120 S LaSalle St – 18th Fl
Chicago, IL 60603
312–739–4200
Fax: 312–419–0379
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cathleen M Combs**
Edelman Combs Latturner &Goodwin LLC
120 S LaSalle St – 18th Fl
Chicago, IL 60603
312–739–4200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel A Edelman**
Edelman Combs Latturner &Goodwin LLC
120 S LaSalle St – 18th Fl
Chicago, IL 60603
312–739–4200
Fax: 312–419–0379
Email: courtecl@edcombs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James O Latturner**
Edelman Combs Latturner &Goodwin LLC
120 S LaSalle St – 18th Fl
Chicago, IL 60603
312–739–4200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E Soule**
Edelman Combs Latturner &Goodwin LLC
120 S LaSalle St – 18th Fl
Chicago, IL 60603
312–739–4200
Fax: 312–419–0379

Email: tsoule@edcombs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia Watkins**  represented by  **Al Hofeld, Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cathleen M Combs**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel A Edelman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James O Latturner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas E Soule**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Long Beach Mortgage Company**  represented by  **Kenneth R Nowakowski**
Whyte Hirschboeck Dudek SC
555 E Wells St – Ste 1900
Milwaukee, WI 53202–3819
414–978–5517
Fax: 414–223–5000
Email: knowakowski@whdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nathan A Fishbach**
Whyte Hirschboeck Dudek SC
555 E Wells St – Ste 1900
Milwaukee, WI 53202–3819
414–273–2100
Fax: 414–223–5000
Email: nfishbach@whdlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott T Schutte**
Howrey LLP
321 N Clark St – Ste 3400
Chicago, IL 60610
312–846–5641
Fax: 312–264–0368
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa M Arent**
Whyte Hirschboeck Dudek SC
555 E Wells St – Ste 1900
Milwaukee, WI 53202–3819
414–224–5803
Fax: 414–223–5000
Email: larent@whdlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank National Trust Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2007 | 1 | COMPLAINT (Summons(es) issued) against Long Beach Mortgage Company, Deutsche Bank National Trust Company filed by Kenneth Mason, Julia Watkins; w/Jury Demand. Consent Forms Distributed for Magistrate Judge A E Goodstein. (Filing Fee Paid $350).(kah) Dcouments added on 4/5/2007 (bet) |
| 03/29/2007 | 2 | PDF Document Requirement form sent to Daniel Edelman and Thomas Soule regarding Complaint filed on 3/21/07. (kah) |
| 04/03/2007 | 3 | PDF Document Requirement form (SECOND NOTICE) sent to Daniel Edelman and Thomas Soule regarding Complaint filed on 3/21/07. (kah) Modified text on 4/3/2007 (kah). |
| 04/16/2007 | 4 | SUMMONS Returned Executed by Kenneth Mason, Julia Watkins. Long Beach Mortgage Company served on 4/10/2007, answer due 4/30/2007. (Edelman, Daniel) |
| 05/04/2007 | 5 | MOTION for Extension of Time to File Answer *UNOPPOSED* by Long Beach Mortgage Company. (Arent, Lisa) |
| 05/04/2007 | 6 | PROPOSED Order filed by Long Beach Mortgage Company. (Arent, Lisa) |
| 05/04/2007 | 7 | DECLARATION of Scott T. Schutte *supporting unopposed motion for enlargement of time*. (Arent, Lisa) |
| 05/04/2007 | 8 | CERTIFICATE of Interest by Long Beach Mortgage Company. (Arent, Lisa) |
| 05/04/2007 | 9 | NOTICE of Appearance by Lisa M Arent on behalf of Long Beach Mortgage Company. Attorney(s) appearing: Nathan A. Fishbach, Kenneth R. Nowakowski, Lisa M. Arent (Arent, Lisa) |
| 05/04/2007 | 10 | DECLARATION of Lisa M. Arent supporting unopposed motion for enlargement of time to answer. (Attachments: # 1 Exhibit)(Arent, Lisa) |
| 05/04/2007 | 11 | CERTIFICATE OF SERVICE by Long Beach Mortgage Company (Arent, Lisa) |

| | | |
|---|---|---|
| 05/07/2007 | 12 | Docket Annotation to Atty Arent re: doc. 6. (kah) |
| 05/10/2007 | 13 | ORDER signed by Judge Charles N Clevert Jr on 5/10/07 granting 5 motion for enlargement of time to answer or plead. Long Beach Mortgage Company's responsive pleading is due on or before 6/4/2007. (cc: all counsel) (nm) |
| 06/04/2007 | 14 | MOTION to Dismiss by Long Beach Mortgage Company. (Arent, Lisa) |
| 06/04/2007 | 15 | BRIEF in Support filed by Long Beach Mortgage Company re 14 MOTION to Dismiss. (Attachments: # 1 Exhibit 1)(Arent, Lisa) |
| 06/21/2007 | 16 | NOTICE of Pendancy of Motion Before the MDL Panel to Transfer Actions to Northern District of Illinois for Consolidated Pretrial Proceedings by all plaintiffs (kah) Additional attachment(s) added on 6/26/2007 (kah). (Entered: 06/22/2007) |
| 06/22/2007 | 17 | PDF Document Requirement form sent to Al Hofeld, Jr. regarding Notice of Pendancy Motion Before MDL Panel filed on 6/21/07. (kah) |
| 06/22/2007 | 18 | MOTION to Stay *PENDING DECISION OF JUDICIAL PANEL ON MULTIDISTRICT LITIGATION* by Kenneth Mason, Julia Watkins. (Attachments: # 1 Exhibit Exhibit A pt. 1# 2 Exhibit Exhibit A pt. 2# 3 Exhibit Exhibit A pt. 3# 4 Exhibit Exhibit A pt. 4# 5 Exhibit Exhibit A pt. 5# 6 Exhibit Exhibit A pt. 6# 7 Exhibit Exhibit A pt. 7# 8 Exhibit Exhibit A pt. 8# 9 Exhibit Exhibit A pt. 9# 10 Exhibit Exhibit A pt. 10# 11 Exhibit Exhibit A pt. 11# 12 Exhibit Exhibit A pt. 12# 13 Exhibit Exhibit A pt. 13# 14 Exhibit Exhibit A pt. 14# 15 Exhibit Exhibit A. pt. 15)(Edelman, Daniel) |
| 06/26/2007 | 19 | Docket Annotation: Document now attached to doc. 16. (Attachments: # 1 Exhibit A# 2 Exhibit B) (kah) |
| 06/27/2007 | 20 | ORDER signed by Judge Charles N Clevert Jr on 6/27/07 granting 18 plaintiffs' unopposed Motion to Stay Pending Decision of Judicial Panel on Multidistrict Litigation. This case is closed for administrative purposes pending notice to proceed. (cc: all counsel) (nm) (Entered: 06/28/2007) |
| 11/14/2007 | 21 | Order to Transfer Case to Northern District of IL signed on 11/14/07. (cc: all counsel)(kah) |
| 11/20/2007 | 22 | CONDITIONAL TRANSFER ORDER from MDL Panel to Northern District of IL. (Attachments: # 1 Cover Letter) (cc: all counsel)(kah) |